

**UNITED STATES MARINE CORPS**
MARINE CORPS RECRUITING COMMAND
3280 RUSSELL ROAD
QUANTICO VA 22134-5103

MCRCO 1133.1A
G-1
JUN 2 8 2005

MARINE CORPS RECRUITING COMMAND ORDER 1133.1A

From: Commanding General
To:   Distribution List

Subj: NATIONAL POOL PROGRAM

1. <u>Situation</u>. To implement a structured pool program for the Marine Corps Recruiting Command (MCRC).

2. <u>Cancellation</u>. MCRCO 1133.1

3. <u>Mission</u>. The pool program is designed to promote enlistment referrals, to reduce Delayed Entry Program (DEP) attrition, to reduce recruit depot attrition, to mitigate first term attrition, and to provide positive, unbroken linkage to other recruiting programs, i.e. command recruiting. A well-run pool program will have a positive effect on production and shipping and provide a better service to the Marine Corps. From the moment of initial enlistment, the poolee, parents, and recruiter will develop and maintain an unbroken, mutually beneficial relationship that will continue throughout the prospective Marine's career.

4. <u>Execution</u>

   a. <u>Commander's Intent and Concept of Operations</u>

      (1) <u>Commander's Intent</u>

          (a) <u>National Pool Program Manager</u>. The national pool program manger will be the MCRC Sergeant Major.

          (b) <u>Regional Pool Program Manager</u>. The regional managers for the pool program will be the recruiting region sergeants major.

          (c) <u>District Pool Program Specialist</u>. The district manager for the pool program will be the Marine Corps District (MCD) sergeants major.

          (d) <u>Recruiting Station (RS) Pool Program Manager</u>. The recruiting station manager for the pool program will be the RS sergeants major.

MCRCO 1133.1A

    (2) Concept of Operations

        (a) The program actions currently prescribed in Volume I and Volume III do not, by themselves, constitute a complete pool program that meets the demands of our current environment. A standardized approach is necessary. A sergeant major's pool program management responsibilities at the recruiting station level must go far beyond the simple uninvolved, regurgitation of data collected by a program specialist; rather, program managers will be actively involved and work with Staff Noncommissioned Officer-In-Charge (SNCOICs) for the common good. The pool program manager's efforts must involve thorough tracking, analysis, training, involvement, fact-finding, and corrective action. Effort must be exhorted in our pools in order to achieve set goals; service after the sale is paramount.

        (b) The goals are as follows:

            1. To provide a continuous unbroken chain of custody regarding the recruiting service's relationship to its new accessions.

            2. To promote referral action and to mitigate attrition.

5. Administration and Logistics

   a. Responsibilities

      (1) National Level. The MCRC Sergeant Major will provide visibility of program efforts to the Commanding General, MCRC, and will work in concert with recruiting regions and the G-3, MCRC to provide checks and balances regarding national execution. The MCRC Sergeant Major will provide entry-level instruction at Recruiting Management Courses regarding execution of the program at the RS level.

      (2) Regional Level. The region sergeants major will provide visibility regarding the state of the regional program to region commanding generals, in concert with the Assistant Chief of Staff (AC/S), Recruiting. Region commanding generals will provide support, timely feedback, interaction, and liaison to district commanding officers regarding the execution of their programs. An equal partnership will be assumed between regions/depots and the districts in reducing depot attrition. Region commanding generals will ensure that the chain of custody remains unbroken at the depot.

      (3) District Level. District sergeants major will manage district pool programs for the district commanding officers. Districts will publish a pool order and will provide support, training, goals (to include levels of DEP and Marine Corps Recruit Depot (MCRD) attrition), and checks and balances to ensure compliance.

**USA - 175**

EXHIBIT 12

MCRCO 1133.1A

(4) <u>Recruiting Station Level</u>. Recruiting station sergeants major will manage recruiting station pool programs. Recruiting stations will publish a pool order, which will address responsibilities of the pool program manager, pool specialist, recruiting substation (RSS) SNCOICs, recruiters, and poolees.

b. <u>Framework</u>. The framework that follows addresses minimum programmatic actions that must be addressed by district and recruiting station orders to ensure a continuous, unbroken chain of custody. While subordinate orders may certainly address more, it is anticipated that commanders at all levels will weigh associated positive and negative impacts on productivity of the same. Under the national framework, there remains room for both initiative and creativity in the execution of subordinate programs as long as the minimums exist. This Order does not specify how to run the program. Checks and balances effected by national, regional, and district levels will provide a measure as to how well procedural approaches are working and whether or not they are in compliance with the spirit of the national framework. Commanders are likewise advised to be ever cognizant of the fine line between management and micromanagement, which impact adversely on SNCOICs in the execution of and accountability for their pool programs. The window regarding the definition of an acceptable shipper, as defined in the Military Personnel Procurement Manual (MPPM), should not be made smaller, or redefined, at any level, in an effort toward zero defects. Beware of the tendency of pushing numbers too hard, thereby sending the signal to SNCOICs and recruiters that, "If they want a number, I'll give them a number..." Training, as well as policy, must state that executing effective programs is part of working smart, and that all programs are for "contract's sake." Programs will address and provide the following linkage:

(1) <u>Orientation In</u>

(a) Employ systems and methodologies to firmly establish the chain of custody upon DEP-IN.

(b) Apprise poolees of their responsibilities regarding the pool program.

(c) Commence continuous parental involvement in the pool program.

(2) <u>Continuous, Unbroken Contact</u>

(a) Employ systems and methodologies to ensure continuous screening throughout the period served in the DEP.

(b) Effect a system for risk assessment, i.e. for poolees meeting the profile of a DEP or MCRD attrition.

**USA - 176**

EXHIBIT 12

MCRCO 1133.1A

   (c) Employ methodologies to maintain a track of poolees progress towards high school graduation.

   (d) Ensure that at least one family day per year is conducted. Family day/nights help to gain the support of the parents half way through the school year and also allows recruiters to continue parents' education about the Marine Corps. The time window for these events should be planned for maximum summer or winter pool participation. Scheduling of events should be conducted during the timeframe of January through May. Planning is very important. Incorporate in the RS annual planning phase during July/August of each year.

   (e) Maintain weekly contact of poolees in the DEP.

   (f) Continue the chain of contact into MCRD, the FMF, and command recruiting.

   (g) Conduct monthly RSS pool functions; employ methodologies to maximize pool event attendance.

   (h) Maximize RS command group member attendance of pool functions; employ methodologies for evaluation of RSS pool functions.

   (3) *Prepare Poolees*. The pool program must prepare poolees mentally, physically, and morally, for recruit training providing them a reasonable chance for success.

   (a) Employ methodologies to prepare poolees for the mental transition necessary from civilian life to recruit training.

   (b) Employ methodologies geared toward the goal of poolees successfully completing first phase training at MCRC.

   (c) Employ methodologies whereby poolees earn their way to boot camp.

   (4) *Publish RS level Poolee Newsletters*

   (a) These professional publications, at a minimum, should educate poolees on recruit training, publicize effective RSS pool programs/events, and promote referral action.

   (b) Publication should be on a quarterly basis.

   (5) *Promote Referral Action*

   (a) Employ methodologies to maximize legitimate referral action; at least 25 percent of mission should come from DEP referral sources.

4

**USA - 177**

EXHIBIT 12

MCRCO 1133.1A

   (b) Establish a goal of at least 20 percent working pool, spread loaded throughout the pool.

   (c) Provide a system of timely awards and incentives.

  (6) <u>Orientation Out</u>. Provide systems and methodologies to increase the contact and screening as poolees close on ship dates.

  (7) <u>Checks and Balances</u>

   (a) Provide systems and methodologies to measure execution, compliance with, and effect of pool programs, including feedback experienced by our former poolees upon graduation from recruit training.

   (b) Verify a percentage of contracts as per source.

  (8) <u>Training and Incentives</u>

   (a) Employ effective methodologies to train SNCOICs and recruiters in the prosecution of quality pool programs.

   (b) Provide standards, incentives, and awards for recruiters, RSSs, and SNCOICs relating to attrition and total quality execution of pool programs.

   (c) Recruiter training should stress programs for contracts sake.

  (9) <u>Planning and Execution</u>

   (a) RSs should publish an annual pool plan, which can be combined into their annual training plan.

   (b) The RS annual plans should address hard number goals that the RS expects to achieve from DEP referral source, and further translate those goals down to the RSS and individual recruiter level. Recruiting stations should track attainment of said goals on a monthly and Fiscal Year To Date (FYTD) basis to facilitate course and speed corrections.

 c. <u>Desired Results</u>. The largest portion of poolees should ship to recruit training as pooled on their original Projected Active Duty Date (PADD). They should complete their first term enlistment while we continue to reap the benefit of their referrals. It is a known fact that there will always be a percentage of pool attrition. The goal is to minimize the amount by executing the actions necessary at all levels of recruiting. DEP attrition must remain low. The

**USA - 178**

EXHIBIT 12

MCRCO 1133.1A

management of the pool is a coordinated effort at all levels of recruiting. It will take positive, aggressive, and involved leadership from every member of the command to make an impact on pool attrition.

6. Command and Signal

    a. Signal. This Order is effective the date signed.

    b. Command. This Order is not applicable to the Marine Corps Reserve.

                                    W. E. GASKIN

DISTRIBUTION:
Internet

**USA - 179**

EXHIBIT 12