CHAPTER 5 - HOW TO WORK YOUR POOL

CHAPTER 5

HOW TO WORK YOUR POOL

| SUBJECT | PARAGRAPH |
|---------|-----------|
| GENERAL | 5000 |
| RECRUITER | 5001 |
| SNCOIC | 5002 |

5-1

**USA - 180**

EXHIBIT 13

1

CHAPTER 5 - HOW TO WORK YOUR POOL

5000.  GENERAL

1.  Another asset we have in the community and schools is the young men and women who have enlisted into the Corps.  Their influence on peers, their knowledge of the area and its people, and their ability to provide referrals is indispensable to a recruiter's success.  You must maximize the use of your poolees and Pool Program.  The goal of this program is to generate at a minimum 25% of the new contracts obtained monthly and for the FY.

2.  At the RSS level the management of the pool is a dual effort between the SNCOIC and the recruiter.  While the SNCOIC is responsible for the entire pool; the recruiter is responsible for all poolees enlisted and additionally those that have been placed in the recruiters charge.  Poolee contact, motivation, and preparation is a team effort.

3.  The Sergeant Major and the Program Specialist at the Recruiting Station assists the SNCOIC in analyzing and evaluating poolees and the Pool Program. The RS Level involvement does not release the SNCOIC from any responsibility, administrative or otherwise, for the pool. The Sergeant Major and Program Specialist simply supports and complements yours and the SNCOIC's efforts.

4.  Program Goals.  The goals of the Pool Program are to:

    a.  Get poolees to refer names of qualified prospects to you. Then your job is to persuade these prospects to enlist in the Marine Corps and have at least 20% of your pool working. (Working is defined as poolees who have received credit for at least one contract)

    b.  Maintain and enhance the motivation of poolees while they are in the pool, and to minimize pool attrition.

    c.  Mentally and physically prepare poolees for recruit training with the objective of reducing MCRD attrition.

5.  To realize the program goals and obtain results from the pool, you must be imaginative and resourceful in contacting, handling and working poolees.  The following guidelines apply for attaining a successful Pool Program; the recruiter should:

    a.  At a minimum contact each poolee by phone or face to face at least once a week.

    b.  Personalize the Pool Program by making it responsive to the individual poolee's needs and situation.

    c.  Thoroughly brief the poolee about the purpose, incentives, and scheduled events in the Pool Program.

    d.  Have monthly pool meetings where poolees can meet and work together as a team.

    e.  Establish and maintain a relationship with the poolee's family and keep them informed about the Pool Program.

    f.  Make the poolee feel an important part of the recruiting effort.

    g.  Treat poolees professionally; do not establish a Drill Instructor to recruit relationship.  Strive for a relationship similar to that of a teacher and student.  Be friendly but firm.

5-2

**USA - 181**

EXHIBIT 13
2

CHAPTER 5 - HOW TO WORK YOUR POOL

h.   Show interest and concern in the poolee's daily activities and welfare, especially with respect to school.

i.   Always be honest with poolees.  Keep them informed.  Tell them what the Marine Corps is really like and make them feel proud to be a part of it.

j.   Create a specific program for the poolees and use them constructively.  Remember they have only two things to do while in the pool - refer applicants and get ready, both mentally and physically, for recruit training.

k.   For poolees enrolled in school develop a relationship with the poolee's guidance counselor to assist in tracking the poolee's academic progress.

5001.  <u>RECRUITER</u>

1.  <u>MAINTAINING POOLEE CONTACT</u>

a.   The most important element relating to the ultimate success of the pool program is the "hands-on" execution of a good program by the individual recruiter.  It is your personal involvement with each poolee and your pool as a group that will, in the end, determine whether the maximum benefits of the program are fully realized.  Your responsibilities include, but are not limited to:

   (1) Conducting the pool program in accordance with the guidance provided in this guidebook and other directives.

   (2) Maintaining consistent and continuous contact with each poolee.

      (a) Contact each poolee on a weekly basis.  This is a superb example of a solid "service after the sale."

      (b) At a minimum, see each poolee at least once a month.

   (3) Recording and updating pool participation and poolee contact data on the pool card. The pool card should tell a story about that poolee.

   (4) Respond promptly to poolee needs as they arise, especially when something occurs that may alter shipping status (i.e. program assignment). Inform and coordinate this activity with the SNCOIC.

   (5) Soliciting referrals from poolees and provide the disposition of each referral to the poolee.

   (6) Including the poolee, to every extent possible, in the accomplishment of recruiting activities/functions.

   (7) Recognizing the efforts of poolees for providing assistance to the recruiting effort.  Schedule an appropriate ceremony to ensure proper issuance of each poolee award.

**USA - 182**

EXHIBIT 13
3

CHAPTER 5 - HOW TO WORK YOUR POOL

(8) Establishing and maintaining a positive and functional relationship with the poolee's family.  This is an often-overlooked vital aspect of a successful pool program.

1.  Contact the poolee's family or guardian on a regular basis to confirm the status of the poolee.

2.  Encourage family participation in pool activities that are designed as such (Family Nights, cookouts, etc.).

3.  Ensure that any change in the poolee's shipping status is discussed with family members, if applicable.

(9) Maintain an enthusiastic position of leadership with poolees.

(10) Executing on order, any requirements so directed by the SNCOIC in support of the overall pool program.

(11) Conducting a proper transfer of poolees and pool responsibilities in the event of a change of recruiters. Ideally this function will be conducted with the SNCOIC, incoming and outgoing recruiters, and poolees present.

(12) Administering the initial IST within 30 days after enlistment and every 90 days there after to provide a base from which the poolee can work to improve.  You must ensure the poolee can pass the IST 30 days prior to shipping.

(13) Write and mail a minimum of three letters to each recruit while at MCRD. Refer to Chapter 6, paragraph 6002.5.d for times to mail letters.

b.  Welcome Aboard and Recruiter Briefing.  It is crucial that the poolee's decision to enlist be reinforced immediately with incentives and specific guidance.  A "Welcome Aboard" and a detailed briefing with the poolee and his or her parents should overcome any "buyer's remorse", make the poolee feel part of the Marine Corps team and well informed about the Pool Program and get parents support.  In addition, the following actions must be taken:

(1) Go over the Pool Card with the poolee, explain the entire Pool Program and provide a schedule of important events (e.g., visits to their home, pool meetings, family nights, cookouts, etc.).

(2) Conduct an individual poolee analysis and profile.

(a) Does the poolee work or go to school?

(b) Does the poolee in school work, and/or participate in extracurricular activities (sports, band, etc.)?

(c) What is the poolee's status in the school?  Key man?

(d) Does the poolee have any special problems?  Weight?  Physical fitness?  Drug or moral waiver?  Academic issues?

(e) How long will the poolee be in the pool?

USA - 183

EXHIBIT 13
4

CHAPTER 5 - HOW TO WORK YOUR POOL

(f) Where and how far away does the poolee live from the RSS? Does the poolee have transportation?

(g) What is the poolee's general attitude to the Pool Program and helping the recruiting effort?

(3) Record all personal and profile information such as school, work, and extracurricular schedules on the Pool Card.

(4) Based on the poolee profile, tailor a program and set specific goals for the poolee to accomplish while in the Pool Program, (e.g., referrals, physical fitness and/or weight loss).

(5) Explain the rewards available while in the pool such as promotion to Private First Class (PFC) for referring enlistments and other poolee incentive items.

(6) Give each of the poolees specific learning objectives and test their knowledge on General Orders, Rank structure, etc.

(7) Make sure each poolee has the office phone number and understands that the recruiter is available to them at any time.

(8) Tell poolees to immediately inform you of any problems or changes in their pool status.

(9) Inform the poolee of _specific_ assistance that is needed with the recruiting efforts and activities such as school talks, canvassing, obtaining names and lists, IRT stops, etc.

c. _Planning Your Contacts_.  When planning or scheduling poolee contacts, meetings or activities, consider the following factors to save time and to be more effective:

(1) The frequency of contact and type of program depends on the length of time projected in the pool.  Poolees projected for a short time require daily contact with a program focused on essentials; others require weekly contact at a minimum and a varied Pool Program.

(2) Face-to-face contact is preferred but not always practical due to the poolee's location.  Plan to contact these poolees at school or along an IRT route as well as by phone.

(3) Be aware of the individual poolee's schedule and situation so that scheduled poolee contacts and meetings do not conflict with work, school, or other schedules.

(4) Consider having poolees visit the office instead of the recruiter always visiting or calling them.

(5) Be flexible on the time, date, and location of monthly pool meetings, but be sure to give poolees 30 days advance notice of meetings so they can adjust their schedules accordingly.

(6) Schedule one family night or cookout per year, well in advance to ensure that all poolees and their families attend.

d.  _Poolee Tracking Tools_

**USA - 184**

EXHIBIT 13
5

CHAPTER 5 - HOW TO WORK YOUR POOL

(1) Pool Card (Figure 5-1).  The Pool Card is a tracking device that outlines the minimum program actions for each poolee.  The card requires action dates for regular contact with poolees.  The card also contains valuable personal and background information as well as referral results for each poolee.  The Pool Card is maintained in the Working File and completed as follows:

(a) Fill out the poolee's personal information on the front of the Pool Card and set program action dates as shown in Figure 5-1.

(b) Enter an action date for the recruiter briefing, normally the day of enlistment.

(c) With the poolee, select action dates for the initial visit to home and family night.

(d) Enter an action date for the visit to home (final pre-ship), usually 30 days before the projected ship date.

(e) Enter an action date for the visit to home (departure), 3-5 days before the projected ship date.

(f) On the right front of the Pool Card record all referrals and results.  Circle the referred name, as shown in Figure 5-1, when the referral enlists to ensure the poolee receives credit.  Poolees are credited for contract referrals up until their graduation from recruit training.  If the poolee has shipped to recruit training and a subsequent referral enlists the RS should send a letter to the Depot requesting promotion to PFC.

(g) On the back of the Pool Card enter the date, time, location, function, and results of the first weekly contact, as shown in Figure 5-1, and each week thereafter until the poolee ships.

(h) The SNCOIC reviews the Pool Card for results and files it in the Working File by the earliest action date for appropriate follow-up.

**USA - 185**

EXHIBIT 13
6

CHAPTER 5 – HOW TO WORK YOUR POOL

## POOL CARD                                    DOE:  021003

| NAME: | | PHONE: | | SRC/ACT: | HGH SCHOOL: | | GRAD YEAR: |
|---|---|---|---|---|---|---|---|
| Rick Parker | | 743-7933 | | LIS/TC | WATERVILLE | | 2003 |

| ADDRESS: | | CELL PHONE: | PROGRAM: | | WHEN AVAILABLE: |
|---|---|---|---|---|---|
| 13 Emerald Lane | | 889-3020 | OPEN | | After 1830 |
| Waterville, ME 020968 | | BENEFIT TAGS | | | |

| E-MAIL ADDRESS | | 1ST: | Challenge | 2ND: | Phys Fitness | 3RD: | | T&A |
|---|---|---|---|---|---|---|---|---|

| DATE TO MCRD | MISSING DOCUMENTS | | PROMOTION (CIRCLE) | GUAR | | |
|---|---|---|---|---|---|---|
| 030728 | H.S. DIPLOMA / SHOT RECORD | | | PFC | ½ PFC | PFC |

PROGRAM ACTION DATES (WEEKLY CONTACTS ON BACK)

| PROGRAM ACTION | | DATE | RESULTS | REFERRALS PROVIDED BY POOLEE (CIRCLE ALL ENLISTMENTS) | | | |
|---|---|---|---|---|---|---|---|
| RECRUITER BRIEFING | | 021003 | Discussed responsibilities as a Poolee; Mon Chk-In | 1 (Josh Langdon) | 6 | Tony Fox | 11 |
| VISIT TO HOME | | 021003 | Welcome Aboard Done; Parents briefed on Pool | 2 Paul Allen | 7 Mark Henderson | | 12 |
| VISIT TO HOME | (FINAL PRE-SHIP) | 030724 | Final Screen - No Problems Parents Briefed- OK | 3 Dan Tarpey | 8 | | 13 |
| VISIT TO HOME | (DEPARTURE) | 030726 | Pick-Up, Motivate take to Motel; Departure Brief | 4 Andy Smith | 9 | | 14 |
| FAMILY NIGHT | | 030330 | Both Parents attended, answered questions | 5 (Kevin Bedard) | 10 | | 15 |

| CHANGE IN STATUS FROM DEP DATE (CIRCLE) | | | INITIAL IST | | | MOST RECENT IST | | |
|---|---|---|---|---|---|---|---|---|
| DEPENDENCY | EDUCATION | PHYSICAL | DATE: | PU | CR | RUN | DATE: | PU | CR | RUN |
| DRUGS | MORAL | OTHER | 021007 | 10 | 78 | 12:10 | 030715 | 19 | 92 | 10:40 |

| NCOIC/RECRUITER COMMENTS CONCERNS: | | DEP IN | | CURRENT | | |
|---|---|---|---|---|---|---|
| Excellent Poolee, very motivated, good for referrals | | HT: | 70 | WT: | 130 | HT: 70   WT: 138 |
| Job Choices: 1. Mecahnic 2. Infantry 3. Combat Arms | | | | RECRUITER: | | |
| NAVMC 11096 (REV. 8-03) (Previous editions are obsolete) SN: 0000-00-006-8301U/1,250 PER PG | | | | | | BRICKE |

| | DATE | TIME | RESULTS | | DATE | TIME | RESULTS | | DATE | TIME | RESULTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | OCT | 1600 | Initial IST | 24 | FEB | 1700 | TC No Probs | 21 | JUL | 1730 | TC ready to go |
| 14 | OCT | 1700 | office visit | 2 | MAR | 1600 | CI doing good | 27 | JUL | 1700 | PU to ship!!! |
| 21 | OCT | 1630 | 2 referrals | 14 | MAR | 1700 | OT 19 PU's | | AUG | | |
| 28 | OCT | 1700 | 1 referral | 21 | MAR | 1530 | HSV good job | | AUG | | |
| 4 | NOV | 1200 | office visit | 30 | MAR | 1630 | Family Night | | AUG | | |
| 11 | NOV | 1800 | Pool Mtg | 7 | APR | 1545 | OT 72 crunchs | | AUG | | |
| 18 | NOV | 1530 | CI doing OK | 14 | APR | 1730 | OT 1 referral | | SEP | | |
| 25 | NOV | 1830 | saw at HSV | 21 | APR | 1630 | TC got the flu | | SEP | | |
| 9 | DEC | 1600 | Pool Mtg | 28 | APR | 1710 | TC feeling ok | | SEP | | |
| 16 | DEC | 1705 | went to home to discuss "Jobs" | 4 | MAY | 1800 | OT all better | | SEP | 1605 | |
| 23 | DEC | 1605 | TC Motivated | 11 | MAY | 1230 | CI 2 referrals | POOL FUNCTION ATTENDANCE | | | |
| 30 | DEC | 1730 | Pool Mtg | 18 | MAY | 1630 | OT doing good | SHOW/NO SHOW (CIRCLE) | | | |
| 11 | JAN | 1230 | saw in Mall | 25 | MAY | 1700 | HSV will grad | OCT (S) NS | APR (S) NS | | |
| 18 | JAN | 1730 | CI got ticket | 8 | JUN | 1800 | CI referral | NOV (S) NS | MAY S (NS) | | |
| 25 | JAN | 1830 | OT ticket PD | 15 | JUN | 1300 | OT 19 PU'S | DEC (S) NS | JUN (S) NS | | |
| 31 | JAN | 1530 | HSV- doing well, should grad | 23 | JUN | 1600 | TC No Probs | JAN (NS) | JUL (S) NS | | |
| 3 | FEB | 1700 | TC doing good | 27 | JUN | 1630 | Graduated!!! | FEB S NS | AUG S NS | | |
| 15 | FEB | 1630 | OT Good to Go | 15 | JUL | 1645 | Final IST | MAR (S) NS | SEP S NS | | |
| 17 | FEB | 1530 | Pool Mtg | 24 | JUL | 1640 | Final PreShip | | | | |

(FIG 5-1)

**USA - 186**

EXHIBIT 13
7

CHAPTER 5 - HOW TO WORK YOUR POOL

5002.  <u>SNCOIC</u>

1.  Responsibilities.

    a.  The Delayed Entry Program (DEP), or pool of future Marines waiting to go to recruit training, is a limitless source of prospects or referrals.  The secret to a productive and motivated pool is a contact plan and scheduled follow-up for each poolee.  The minimum actions for contact and follow-up are outlined on the Pool Card Figure 5-1.  Unless the pool is vigorously worked, the RSS will never reach maximum productivity nor realize the pool's full potential.  Even though individual recruiters enlist poolees, the SNCOIC is directly responsible for the pool's status and productivity.

    b.  The SNCOICs primary responsibility with regard to the pool program is to ensure that recruiters are regularly contacting their poolees in order to maintain pool status and motivate poolees to generate prospects or referrals.  This boosts recruiter productivity, keeps poolees enthusiastic, and ensures they are adequately prepared for recruit training.  In this regard, SNCOICs must ensure that poolees receive due credit for referrals.  The Poolee Credits Report, Figure 2-39, can help the SNCOIC manage this aspect of the program.

        (1) The SNCOIC will contact each poolee once a month to check their overall status and that contact by the recruiter is being maintained.

            (a) As a result of your monthly contact with Poolees there may be occasions where you need to move your projected shippers.  Making a pool move means you are assigning a new ship date to a poolee.  There are many possible reasons for making a pool move.  You may need to reassign ship dates in order to meet shipping requirements, a poolee may be injured while in the pool and need to have his ship date delayed while he recovers.  Whatever the reason for these pool moves, it is generally best to keep them to a minimum.  This can be done with careful planning and effective pool management.

            (b) Before making a pool move you must check to ensure you have considered all aspects of a poolee's situation.  Making a pool move requires a series of steps.  Careful coordination must be made between the SNCOIC, Ops Section, Programs Specialist and MEPS Liaison.  To keep all concerned informed and to limit confusion a routed Pool Modification Request Form should be used (Figure 5-3, located at the end of this chapter).

        (2) The SNCOIC will conduct a 30 Day Pre-Ship on every scheduled shipper (Figure 5-4, located at the end of this chapter) based on the RSS Shipping Schedule.  The SNCOIC will verify a Poolee's status on two more occasions, the first being one week prior to the ship date and the final verification will occur one day prior to shipping.  In each instance the SNCOIC will notify the Operations Chief with any changes.

    c.  Monthly poolee functions/meetings are planned, conducted and supervised by the SNCOIC to ensure they are well organized, professional and productive.  Dates of poolee function/meetings should be carefully planned to achieve maximum attendance and results with a minimum loss of productive time.  Some ideas for planning a pool functions include:

        (1) Visits to Reserve Units.

        (2) Visits to Marine Corps or other military bases.

        (3) Poolee field meets/fitness tests.

**USA - 187**

EXHIBIT 13

8

CHAPTER 5 - HOW TO WORK YOUR POOL

 (4) RSS vs. RSS poolee competitions.

 (5) Trips to military exhibits and shows.

 (6) Bivouacking with field training.

 (7) Family Nights.

 d. Pool meetings must also include instruction and training in general military subjects such as:

 (1) USMC History, Customs, and Courtesies.

 (2) Military Justice.

 (3) Physical Fitness.

 (4) Uniforms and Clothing.

 (5) Leadership Traits and Principles.

 (6) First Aid.

 (7) Code of Conduct.

 (8) General Orders.

 (9) Drill

 e. "Family Nights", are very important and informative, especially for the poolees' families.  In addition, they increase family support for the poolee's decision to be a Marine. These events should be scheduled well in advance to ensure that all poolees and their families attend.

 (1) Family nights can be conducted in a formal manner which includes Command Group members, guest speakers, Command recruiters, Drill Instructors, and award presentations, or be simple and casual as a "pot luck" buffet where families, poolees, and recruiters can mingle.

 (2) Remember, the more elaborate the function, the more time that is expended in organizing, preparing and conducting them.

 f. Develop and execute an annual pool plan that includes all major pool events, (e.g., family nights, RS field meets, visits to reserve facilities and units, monthly meetings, etc.).  Ensure that poolees are advised early during their "welcome aboard" about the schedule so that maximum benefit is obtained from these functions.

 g. The overall readiness (mental and physical) of the poolee to attend and complete recruit training is the responsibility of the SNCOIC.  The pool must be motivated, physically fit, within weight standards, and prepared to handle the mental and physical rigors of recruit training.  The goal is not to put a Marine on the yellow footprints at recruit training, but a poolee sufficiently prepared to have a high probability of graduating from recruit training.

 (1) A main cause of attrition at recruit training is a poolee's lack of sufficient physical strength and/or reporting to recruit training with excess weight.  Every poolee should meet Marine Corps weight standards and the minimum requirements of the Initial Strength Test (IST) before they ship.

**USA - 188**

EXHIBIT 13

9

CHAPTER 5 - HOW TO WORK YOUR POOL

(2) These requirements can be found in the current edition of the Military Personnel Procurement Manual (MPPM), Volume II, MCO P1100.72.

h. The SNCOIC must be constantly aware of the shipping status of each of the poolees. If there is a problem that develops whether it be moral, educational, or physical while the poolee is in the DEP, the recruiter must immediately notify the SNCOIC. In the same respect, the SNCOIC needs to notify the Operations Officer. Many of these problems can be resolved when there is sufficient advance notice.

i. In today's high quality market, poolees will be exposed to many other outside opportunities after they enlist. The SNCOIC, along with the RSS recruiters, are responsible for constantly reinforcing the sale and keeping the poolees motivated to become Marines. The key to success is constant contact. Be especially alert for the following danger signs:

(1) The recruiter doesn't see or hear from a poolee for a few weeks.

(2) The poolee doesn't return the recruiter's phone calls.

(3) The poolee is a no-show for a pool function.

(4) The old recruiter ends a tour and a new recruiter assumes charge of those poolees.

j. Recruiters must keep the SNCOIC informed. Likewise, the SNCOIC must become closely involved in handling these situations. Some possible solutions to the above situations include:

(1) Visit the poolee's house with the recruiter. Meet the parents and get them involved.

(2) Highlight on the Pool Card those Benefit Tags the poolee chose when he/she first enlisted. This information will be advantageous in the event that the poolee begins to show signs of having "second thoughts". Consider having recruiters use this information in their weekly contacts and sales reinforcement with their poolees.

(3) Hold a formal Post and Relief ceremony for the old and new recruiters, and have respective poolees attend the event. This will greatly ease the transition of the pool not only from poolee's perspective but the recruiter's as well.

(4) Organize the pool into Rifle Squads with squad and fire team leaders. Also, select one of the poolees to be the guide. This teaches the poolee military organization and structure. Incentives for making squad leader are based on criteria the recruiter selects; here are a few:

(a) Number of referrals

(b) Highest number of enlistments

(c) Leadership qualities

(5) Use squad leaders to help teach the poolees General Military Subjects. In addition:

(a) Let the guide and squad leaders help in setting up pool meetings.

**USA - 189**

EXHIBIT 13
10

CHAPTER 5 - HOW TO WORK YOUR POOL

       (b) Have a squad competition on the initial strength test.

       (c) Make a guidon.

       (d) Meet with the guide and squad leaders at least once a week for an update on the pool status.

     (6) Schedule poolee meetings for the same day every month.  An example might be the second Saturday of every month, etc.  This will help the poolees in their planning and will increase pool attendance.

    k.  The Program Specialist at the RS is available to assist in managing the pool program and obtaining resources to help run it.

2.  POOL MANAGEMENT TECHNIQUES

    a.  Whenever possible, you should get the poolees together as a group, for physical fitness training, military subjects training, family nights, cookouts, and films at the RSS.  The functions should be varied and interesting.

    b.  The program should be developed to require poolees to do specific recruiting tasks, (e.g., placing or servicing Take-One boxes in their neighborhood or requiring them to periodically help at the RSS.

    c.  Encourage poolees to bring friends and referrals to the RSS/PCS and pool functions.

    d.  Ask poolees for referrals and be specific in terms of what is desired, namely, graduates or seniors.

    e.  Highlight the referral cards in the welcome aboard package to draw more attention to the referral program.

    f.  To increase the number of names the pool provides, you must offer some type of recognition.  Many names that the pool provides will not enlist; to receive official recognition from the RS, only enlistments count.  If a poolee provides several names, and none enlist, there will be a tendency to give up without some type of recognition for the names alone.  One suggestion is to run a competition amongst the poolees and recognize the poolee that refers the most names that month with a plaque.  A small plaque can be purchased for less than 10 dollars.

    g.  Depending on the type of Reserve unit available, you may have your poolees participate in the unit's activities.  Some areas of interest to poolees are:

     (1) Familiarization with Marine Corps equipment.

     (2) Participation in field exercises as aggressors or observers.

     (3) Eating field rations.

     (4) Physical fitness training.

     (5) Involvement with the unit's community projects.

     (6) Essential subjects training.

**USA - 190**

EXHIBIT 13
11

CHAPTER 5 - HOW TO WORK YOUR POOL

      (7) Conditioning marches.

   h.  Encourage poolees to go beyond the minimum requirements on the Initial Strength Test (IST) before they ship in order to reduce MCRD attrition for substandard fitness.  Standards are listed in the current edition of the Military Personnel Procurement Manual, Volume II, MCO P1100.72.  Annotate the latest results of the IST on the bottom front of the Pool Card.

3.  <u>POOL BOARD.</u>  A Pool Board will provide the status of the RSS's pool.  The following shows a one-month section of a sample Pool Board:

EXHIBIT 13

12

CHAPTER 5 – HOW TO WORK YOUR POOL

| RMNPS | | | RFNPS | | | **OCTOBER** |
|---|---|---|---|---|---|---|
| KG | | | KF | | | |
| KA | | | PS | | | |

| NAME | ENLISTMENT DATE | SHIP DATE | PROGRAM | ENLISTMENT CREDIT | HIGH SCHOOL | RECRUITER |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMMAND RECRUITERS

| NAME | DATE DUE HOME | DEPARTURE DATE | CATEGORY BL/AL/RA/PTAD | RECRUITER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MISSION BY COMPONENT** = Monthly Shipping Quota
**NAME** = Name of poolee
**ENLISTMENT DATE** = Date of enlistment.
**SHIP DATE** = The date the poolee will depart for MCRD.
**PROG-CODE** = QSN for Reservists or Program Control # for Regulars.
**HIGH SCHOOL** = High School attending
**ED** = Education level upon enlistment
**RECRUITER** = Recruiter listed on DD Form 1966
**1/2 PFC** = 1 referral enlistment
**PFC** = Appointed to PFC before boot camp

**COLOR CODE**

**RMNPS** – BLACK
  **KG** - GREEN
**KA** – BLUE
**RFNPS** – RED
**KF** – RED
**PS** – BLACK

(FIG 5-2)

**USA - 192**

EXHIBIT 13
13

CHAPTER 5 – HOW TO WORK YOUR POOL

## REQUEST FOR POOL MODIFICATION

RSS: _____          DATE: _____

**1. Background on Poolee:**

NAME: _____ SSN: _____

DEP DATE: _____ PADD: _____ EDUC: _____ RECRUITER: _____

QT: _____ GT: _____ EL: _____ MM: _____ OTHER: _____

2. Action Requested: [mark appropriate block (s)]

☐ a.  Change PADD from: _____ to _____

☐ b.  Change program/QSN from: _____ to _____

☐ c.  Change Component from:          _____ to _____

☐ d.  Identify as a discharge on (date) _____ because: [reason] _____
_____

☐ e.  Other: [explain] _____

3. Other/Remarks: [List call required]

_____

4. Action Taken:      SNCOIC SIGNATURE: _____

| ACTION/NOTES DATE/INITIALS | Initial |
|---|---|
| **OPSCHF** Approval for current in month pool mods & program changes. Annotate changes to pool card, pool board & MCRISS. | |
| **OPSO** Approval for all pool moves outside of current month | |
| **OPSCLRK** Change status boards. | |
| **MEPS LNCO** Update poolees book & file according to changes. | |
| **SNCOIC** Update RSS pool board and Pool card | |

(Fig 5-3)

EXHIBIT 13
14

CHAPTER 5 - HOW TO WORK YOUR POOL

---

SNCOIC PRE-SHIP SCREENING CHECKLIST

Name _____   RSS _____
SSN# _____   SNCOIC _____
DEP Date _____   Recruiter _____

Date of screening? _____

What is your ship date? _____

Is there anything that might prevent you from complying with your contractual obligation? Y    N
(Pending court, medical, education, dependent?)

If so, what is it? _____

Do you have a traditional high school diploma?                         Y    N
If not, what education credential do you have? _____

How many years are you enlisting for? _____

What program have you enlisted for? _____

Have you completed the Statement of Understanding for your program?   Y    N

Current height: _____   Current weight: _____

Initial Strength Test: Date: _____   PU/FAH: _____   CRU: _____   Run: _____
(Must be within 30 days of PADD)

Has all information concerning drug, police, and medical issues been
correctly documented in your package?                             Y    N

Do you have any charges pending or unpaid tickets (including parking)?        Y    N

Since you enlisted, have you been involved with drugs in any way?            Y    N

Have you seen a doctor or dentist for anything since you enlisted?           Y    N
If so, what? _____

Do you have any children?  Are they listed in your paperwork at MEPS?        Y    N

Are you married?  If so, is that recorded in your paperwork?            Y    N

Has your dependent situation changed in any way (divorce, illegitimate       Y    N
child, etc.)?

Have you provided us with all of your personal documents, i.e. (diploma,
college transcripts, birth certificate, SSN card, etc.)?              Y    N

How many of your referrals have contracted? _____
Who are they? _____
             _____
             _____

Do you have any tattoos?                              Y    N
What & Where? _____
Are they documented on a tattoo screening form?                Y    N

By your signature below, you acknowledge the legal, contractual obligation you have made with the
Federal Government of the United States. Failure to disclose any of the information requested
above is grounds for a fraudulent enlistment and is prosecutable under the Uniform Code of
Military Justice.

Poolee's signature    _____   DATE: _____

SNCOIC signature    _____   DATE: _____

(Fig 5-4)

**USA - 194**

EXHIBIT 13
15