PART C.  POOL PROGRAM

C001.  <u>GENERAL</u>.  The Pool Program is vitally important to the success of a Recruiting Station.  Properly managed, the Pool Program is not only capable of producing quality contracts in volume; it further reduces attrition in the DEP and at recruit training.  As with the other recruiting programs, the ultimate purpose of the Pool Program is to generate quality new contracts.

1.  <u>Program Goals</u>.  The goals of the Pool Program are to:

    a.  Get poolees to refer names of qualified prospects to recruiters who can then persuade these prospects to enlist in the Marine Corps.

    b.  Maintain and enhance the motivation of poolees while they are in the pool, and to minimize pool attrition.

    c.  Mentally and physically prepare poolees for recruit training with the objective of reducing MCRD attrition.

C002.  <u>RS POOL PROGRAM RESPONSIBILITIES</u>

1.  The RS Sergeant Major will be appointed as the Program Manager for the Pool Program.  The Sergeant Major will be responsible for the overall administration of the program and for collecting, collating, analyzing, training, and displaying data for use by the Command Group; this duty will not be delegated.  The duties and responsibilities of the Pool Program Manager will be:

    a.  The overall supervision and maintenance of the Pool Program within the recruiting station.

    b.  To provide guidance and direction to the Programs Specialist and NCOICs in regard to the conduct of the RS's Pool Program.

    c.  Collect, collate, analyze and display Pool Program data for use by the RS Command Group.  The Programs Specialist will collect and collate the information.  The analyzing and displaying is to be accomplished by the Program Manager.  This is essential because it is the Program Manager who will brief the RS Commanding Officer on the status of the RS Pool Program. **This duty may not to be delegated.**

    d.  Monitor and track the Initial Strength Test (IST) progress to ensure that all poolees can pass the IST prior to shipping to recruit training.

    e.  Ensure the 30-day pre-ship is conducted and submitted to the RS Programs Specialist upon completion.

    f.  Ensure that a monthly DEP and Depot attrition analysis is conducted.

    g.  Conduct a proper transfer of the RSS Pool Program in the event of a change of NCOICs.  This will include a verification of each member of the pool and their respective status.  This is to be conducted in conjunction with the outgoing NCOIC.

2.  The programs specialist duties and responsibilities to the Pool Program include, but are not limited to:

    a.  Assisting the program manager in maintaining the program in accordance with the guidance provided in this guidebook and other directives.

    b.  Ensure that the poolee welcome aboard packages are up-to-date and appropriately distributed.

    c.  Ensure that all personal letters to the family of the new poolee are prepared for the commanding officer's signature and appropriately distributed on two occasions.

        (1) Initial Enlistment.

        (2) Departure (ship day) to recruit training.

    d.  Ensure that the procurement, validation and issuance of poolee awards are conducted in accordance with appropriate directives.

    e.  Ensure that RS/RSS poolee functions and activities are properly scheduled, planned, funded and executed.  The use of appropriated funds for poolee events should be accomplished in accordance with appropriate references.

    f.  Schedule and procure any administrative or logistical support requirements for pool functions and activities with appropriate personnel.

    g.  Assist the MPA NCO in the publication of a quarterly poolee newsletter.

    h.  Coordinate and assist in the conduct and accomplishment of the poolee pre-ship orientation during the month prior to the scheduled ship month.

    i.  Develop a year-in-sight that will schedule and highlight all significant pool events for the upcoming year.  This will require a monthly update of the yearly scheduled events to be coordinated with recruiting station personnel and appropriate RSSs.

    j.  Develop a month-in-sight that will schedule and highlight all significant pool events for the upcoming month.  This will require a daily up-date of the monthly scheduled events to be coordinated with recruiting station personnel and the appropriate substations.

    k.  Assist in the conduct of DEP-out screening and briefs.

    l.  Coordinate Drill Instructor visits.

    m.  Conduct a monthly audit with the NCOIC of each Recruiting Substation to update the status of each poolee in the RS pool.

    n.  Ensure that there is a proper transfer of the RSS Pool Program in the event of a change of NCOICs, when possible within 30 days prior of the change in NCOICs.

o.  Monitor and track IST progress to ensure that poolees can pass the IST prior to shipping to recruit training.  Report borderline IST scores and IST failures to the program manager. For duties and responsibilities on the Command Recruiting Program refer to chapter 5D of this Volume.

p.  Assist and Identify high-risk poolees at the time of DEP.  High risk will be defined locally at the RSS.

3.  NCOIC.  Refer to Volume I, for specific duties the NCOIC will accomplish as it pertains to the Pool program.

4.  Recruiter.  Refer to Vol I, for specific duties required by the recruiter pertaining to the Pool Program.

5.  Poolee.  Poolees should perform those tasks as required by the NCOIC and recruiter.  These tasks should include but are not limited to the following:

a.  Read and comply with "Welcome Aboard" package, which is designed to develop awareness of poolee obligations as a member of the Marine Corps Team.

b.  Actively participate in pool activities/functions, to develop a sense of commitment to Marine Corps standards.

c.  While in the pool, provide at least two referrals who enlist.

d.  Attend all poolee activities/functions, to ensure the appropriate levels of physical and mental self-improvement prior to shipping.

e.  Pass the Initial Strength Test prior to shipping to recruit training.

6.  Command Group Members.  The active participation of the Command Group in supervising and assisting NCOICs and Recruiters in the execution of the Pool Program is essential to its success.  Command Group Members will assist the Program Manager, as required, in the execution of the Pool Program.  This includes:

a.  Attending pool functions as directed by the Commanding Officer, interviewing potential pool discharges, and providing advice or counsel when necessary.

b.  Remaining cognizant of the RS pool status, particularly with regard to overall planning, its relationship with other recruiting programs, shipping schedules and general productivity.

c.  Attending and participating in an RSS's activities while conducting formal poolee events, to lend support and to assess how effectively the RSS program is being conducted.

d.  Checking that referrals made by poolees are being properly credited, and that incentives are being awarded to poolees who provide enlistees.

e.  Reviewing Pool Cards, when visiting an RSS, to ensure that recruiters are taking required actions.

C003.   SETTING NEW CONTRACT OBJECTIVES FOR THE POOL PROGRAM
1.  New contract goals should be established for the Pool Program.  These objectives should be expressed in terms of the number, or percentage, of new contracts that should come from this program.

2.  Your objective for the Pool Program should be to generate at least 25% of the RS's gross new contract goal.  For example, if the RS's gross new contract goal for the month is 108, then the objective should be for the Pool Program to produce 27 new contracts from pool referrals.  If the RS has a large pool, you may find you are able to exceed this objective.  Take full advantage of your poolees while you have them.

C004.   POOL PROGAM REPORTING

1.   Determining the Source of Enlistment

     a.  To facilitate sound reporting procedures, the Operations Section will verify the source of every enlistee, to identify enlistments that should be credited to either a poolee or another source.

     b.  The source of each applicant (i.e. what brought the applicant into the prospecting/sales action sequence, not what influenced the applicant to join) will be recorded in the NWA Log.  At the time of enlistment, the source of each new contract will be recorded on the MEPS Daily Report by the MEPS Liaison and on the enlistee's MCRISS USMC Enlistee Contract Screen by the RS Operations Section.

     c.  Special care must be taken to identify the source of each enlistment, in order to ensure that the Command Group receives accurate data on the effectiveness and contribution of each of the programs.

2.  Monthly Pool Program Report.  (Figure 5-C-1).  MCRISS automatically prepares the RS Monthly Pool Program Report at the end of each month.  The Pool Program Manager will use this report to brief the Command Group at the Monthly Command Group Action Plan Meeting.  This report will also be used to track poolee enlistment referral credits and pool attrition by recruiter. The MCRISS Monthly Pool Program report has "Drill Down" capability to produce other pool reports and poolee rosters for use by NCOICs and the Command Group to manage the pool program.  Below is a snapshot of the RS Monthly Pool Program report:

| | MCRISS – RS<br>MONTHLY POOL PROGRAM REPORT | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT MONTH | | | | | | | | FISCAL YEAR TO DATE | | | | |
| RSS | TOTAL IN POOL | # WORKING | % WORKING | 1/2 PFC'S | PFC'S | TOTAL NC'S CUR MONTH | # NC'S FROM DEP | % NC'S FROM DEP | POOL DISCH'S | TOTAL NC'S YTD | # OF NC'S FROM DEP YTD | % NC'S FROM DEP YTD | POOL DISCH'S YTD | % POOL DISCH'S YTD |
| SM | 59 | 6 | 10% | 4 | 2 | 9 | 2 | 22% | 2 | 85 | 20 | 24% | 17 | 20% |
| RO | 66 | 14 | 21% | 10 | 4 | 12 | 4 | 33% | 3 | 97 | 35 | 36% | 14 | 14% |
| UT | 65 | 17 | 26% | 9 | 8 | 8 | 3 | 38% | 1 | 62 | 28 | 44% | 6 | 10% |
| | | | | | | | | | | | | | | |
| RS TOTAL | 190 | 37 | 19% | 23 | 14 | 29 | 9 | 31% | 6 | 244 | 73 | 30% | 37 | 15% |

5-C-4

a. The Monthly Pool report produces the following drill down pool program reports and pool program management rosters:

(1) Total in Pool roster.

(2) Poolee Credits report.

(3) Contracts roster.

(4) Contracts from DEP roster.

(5) Discharge by Recruiter report.

b.  Copies of the Monthly Pool Program report, the Poolee Credits report (Figure 5-C-2) and the FYTD Pool Attrition by Recruiter report (Figure 5-C-3) will be filed and retained in the RS Monthly Reports folder for 3 years. Additionally, the Operations section will make distribution of the monthly pool reports as follows:

(1) Program Manager.

(2) Programs Specialist.

(3) MEPS Liaison NCO.

(4) NCOICs.

c.  Explanation of Monthly Pool Report.

(1) Total In Pool.  The Total in Pool column displays the total number of poolees in the DEP at the end of the month, including those awaiting discharge for each RSS.

(a) The Total In Pool column has drill down capability for "one-click reconciliation."  The Total In Pool roster produced by the drill down is a pool dump of names that can be used to provide oversight on the RS and RSSs pool program.  Below is a snapshot of the Total in Pool roster:

| Total in Pool | | | | | | | | | | | | |
|------|------|------|-------|-----|------|--------|-----------|-----|------|------------|---------|----------|
| RSS | SSN | Last Name | First Name | DOE | PADD | Gender | Component | TOE | Educ Code | Program/QSN | Recruiter Last Name | Recruiter SSN |
| 926CA | 123445566 | Lopez | Gerry | 6-Jun-03 | 31-Aug-03 | M | Reg | 4 | 12L | AF000-000--00-20031106 | Jones | 999778888 |

(b) To produce the report, while in MCRISS, click on the underlined Total In Pool number on the Monthly Pool report and the system will produce a roster of names and pertinent information about the individuals who comprise the aggregate.  The roster shows each poolees name, SSN, program enlisted for, component, education level, sex, term of enlistment and the recruiter of record.

(c) The Total In Pool drill down roster can be used to reconcile pertinent poolee information with NCOICs, MEPS Liaisons, and the RS Operations Section to aid in pool management.

(2) Number Working. The Number Working column displays number of poolees in each RSS's pool with one or more enlistment credits.

(a) The Number Working column has drill down capability for "one-click reconciliation." This drill down prompt produces a Poolee Credits report. The Poolee Credits report (5-C-2) is a tool that the command group will use to manage the referral efforts of poolees within RSSs and ensure poolees receive proper referral credit. Below is a snapshot of the Poolee Credits report:

| Poolee Credits | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RSS | SSN | Last Name | First Name | DOE | PADD | Gender | Component | TOE | Educ Code | Program/QSN | Recruiter Last Name | Recruiter SSN |
| 926CA | 123445566 | Hamilton | Laird | 6-Jun-03 | 31-Aug-03 | M | Reg | 4 | 12L | AF000-00-00-20031106 | Jones | 999778888 |
| | 222445555 | Kerbox | Buzzy | 18-Jun-03 | 31-Aug-03 | M | Reg | 4 | 12L | BY000-00-00-20030815 | Jones | 999778888 |
| | 333557788 | Slater | Kelly | 6-Jul-03 | 15-Jun-04 | M | Res | 6 | 11S | 200405374/3381 | Jones | 999778888 |

(b) To produce the report, while in MCRISS and in the Monthly Pool report, click on the underlined # Working number and the system will produce a report that displays the poolee names, as well as pertinent information about the individuals who comprise the aggregate. The report will show how many enlistment credits each poolee has earned and the date of last enlistment credit earned by each poolee.

(c) The Poolee Credits drill down report is the Pool Program Manager's and Programs Specialist's primary means of monitoring and coordinating pool program referrals and enlistment credit record keeping between the Operations Section, MEPS Liaison, and NCOICs.

(d) Auditing the Poolee Credits drill down Report. The Pool Program Manager and Programs Specialist will review each RSS's Poolee Credits report and focus other members of the command group to key information.

(1) Of interest will be RSSs with a large number of poolees who have one credit and an extensive period of time in DEP. These are individuals that should be worked aggressively to gain the second referral. These "Half PFCs" represent tremendous potential for writing new contracts and they should be identified and worked aggressively until they obtain their second referral.

(2) Key in on RSSs that have poolees who rate awards for referrals but have not yet received credit.

(3) Reports that show RSSs with less than 20 percent of their poolees without enlistment credits reflect RSSs not working their poolees effectively.

(4) Reports that show RSSs with a large number of poolees with two or more enlistment credits, the majority of which were not earned in recent months, also indicate those RSSs that are not effectively working their poolees. This would be the case where although an RSS has over 20% pool working they have are currently demonstrating a possible lackadaisical

5-C-6

attitude with their pool. Even poolees who have earned two enlistment credits can often be persuaded to earn more.

(5) Reports that show RSSs with few enlistment credits are cause for serious concern, and action. Either these RSSs are failing to work their pools or they have no pools to work.  Either situation requires prompt attention by the command group.

(e) Copies of the MCRISS Poolee Credits report will be provided to Program Manager, MEPS Liaisons, and NCOICs monthly and retained by the operations section in the RS Monthly reports folder for 3 years.

(e) <u>Program Manager</u>. The Pool Program Manager and the Programs Specialist will use the MCRISS Poolee Credits drill down report to ensure PFC certificates and other awards are sent to the appropriate RSSs for timely presentation to poolees.

(f) <u>MEPS Liaison</u>. The MEPS Liaison will use the MCRISS Poolee Credits drill down report to ensure that individuals who have earned promotion to PFC have the appropriate entry on their DD Form 1966's.

(g) <u>NCOICs</u>. NCOICs will use the MCRISS Poolee Credits drill down report to validate that their pooees have received proper referral credits in MCRISS.

(3) <u>Percent Working</u>. Displays a percentage of the number of poolees with one or more enlistment credits divided by total number in the pool.  RSSs with working pool percentages of less than 20% are cause for concern and warrant further investigation and corrective action by the command group.  A working pool percentage below 20% represents an RSS that is not effectively working with their poolees to gain contracts from the DEP.

(4) <u>1/2 PFC's</u>. Displays poolees that are currently in the RSS's pool with one enlistment credit resulting from referrals.

(5) <u>PFC's</u>. Displays poolees that are currently in the RSS's pool with two or more enlistment credits resulting from referrals.

(6) <u>Total NC's Current Month (FYTD)</u>. Displays the number of total force new contracts written for the month or FYTD.

(a) The Total NC's Current month and FYTD columns each have drill down capability for one-click reconciliation.  These rosters display the contracts written by each RSS for the previous month and FYTD.  Below is a snapshot of the Contracts roster:

| Contracts | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RSS | SSN | Last Name | First Name | DOE | PADD | Gender | Component | TOE | Educ Code | Program/QSN | Recruiter Last Name | Recruiter SSN |
| 926CA | 123445566 | Lopez | Gerry | 6-Jun-03 | 31-Aug-03 | M | Reg | 4 | 12L | 200405374/3381 | Jones | 999778888 |

(b) To produce the Contracts roster, while in MCRISS, click on the underlined Total NC's Current Month (FYTD) number on the Monthly Pool report and the system will produce a roster of poolee names and pertinent information about the individuals who comprise the aggregate.  The roster

**USA - 201**                                               EXHIBIT 14

shows by RSS all the enlistments for the period and pertinent information such as each poolees name, SSN, program enlisted for, component, education level, sex, term of enlistment and the recruiter of record.

(c) The Contracts current month and FYTD drill down rosters can be used to reconcile pertinent enlistment information with NCOICs, MEPS Liaisons, and the RS Operations Section.

(7) Number of New Contracts From the DEP (Month and FYTD). Displays by RSS the number of new contracts written during the month or FYTD resulting from referrals by poolees.

(a) The Number of New Contracts From the DEP current month and FYTD columns each has drill down capability for one-click reconciliation.

(b) To produce the Contracts from DEP roster, while in MCRISS, click on the underlined Number of New Contracts From the DEP number on the Monthly Pool report and the system will produce a roster of poolees and pertinent information about the individuals who comprise the aggregate.  The roster shows by RSS all the enlistments from the DEP and pertinent information on each referral.  Below is a snapshot of the Contracts From DEP roster:

| Contracts from DEP | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RSS | SSN | Last Name | First Name | DOE | PADD | Gender | Component | TOE | Educ Code | Program/QSN | Recruiter Last Name | Recruiter SSN |
| 926CA | 123445566 | Lopez | Gerry | 6-Jun-03 | 31-Aug-03 | M | Reg | 4 | 12L | 200405374/3381 | Jones | 999778888 |

(c) The Contracts from DEP current month and FYTD drill down rosters can be used to reconcile pertinent referral information with NCOICs, MEPS Liaisons, and the RS Operations Section.

(8) Pool Discharges (Month and FYTD). Displays the number of poolees discharged from the DEP during the current month and FYTD.

(a) The Pool Discharges for current month and FYTD columns each have drill down capability for one-click reconciliation.  The drill down produces the monthly and FYTD Pool Attrition by Recruiter reports Figure (5-C-3).  These reports list poolees discharged from the pool each month and FYTD by recruiter and gives the reason for their discharge.  Below is a snapshot of the Pool Attrition by Recruiter report:

| Pool Attrition by Recruiter | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RSS | SSN | Last Name | First Name | Gender | DOE | Discharge Date | Days in DEP | Discharge Reason | # Pool Moves | Recruiter Last Name | Recruiter SSN |
| 926CA | 123445566 | Lopez | Gerry | M | 6-Jun-03 | 31-Aug-03 | 86 | Moral | 3 | Jones | 999778888 |

(b) To produce the Pool Attrition by Recruiter report, while in MCRISS, click on the underlined Pool Discharge number on the Monthly Pool report and the system will produce a report of poolees that were discharged and other pertinent information about the individuals who comprise the aggregate.

5-C-8

(c) The Pool Attrition by Recruiter drill down report is used to identify those substations and recruiters that show an unacceptable level of pool attrition.  An unusual number of poolees being discharged is cause for concern and warrants further investigation and corrective action.  The Command Group best uses the report during actual visits to those RSSs that appear to have difficulties in this area.  Specific cases of attrition, as well as trends, can be discussed with the NCOIC and those recruiters who have an unusual number of pool discharges.

(d) Copies of the Pool Attrition by Recruiter report will be provided to Pool Program Manager, MEPS Liaison, and NCOICs monthly.

c. Copies of the Monthly Pool Program report, the Poolee Credits report and the FYTD Pool Attrition by Recruiter report will be filed and retained in the RS Monthly Reports folder for 3 years:

3. High School/Community College Progress Report

a. The High School/Community College Progress Report displays information about the high school senior and community college pool.  The percent of the high school senior and community college poolees who have earned enlistment credits and the number and percent of contracts this portion of the pool is generating reflects directly on the Pool Program.

b. As the High School Program progresses during the year, the effectiveness of the senior pool becomes more important to the overall productivity of each substation and the RS.  The pool becomes an invaluable source of names that cannot be obtained from lists.  Poolees can also help recruiters meet prospects whom they have been unable to contact or who have been unwilling to meet with a recruiter.

c. The Command Group must make a further evaluation of the efforts and effectiveness of program actions at the substation level in those cases where the senior pool is not producing enough enlistment credits.

d. See Chapter 5, Part A of this Volume for more information on the HS/CC Progress Report.

4. RS/RSS Shipping Schedule (Figure 5-C-4).

a. An RS/RSS Shipping Schedule can be created in MCRISS Pool View in 90-day increments or less. The RS Operations Chief will pull a Pool View for the following months shippers to validate next months shippers and their status of these shippers.

b. The Program Manager and other Command Group Members can use this report to discuss the status of poolees who are due to ship and to ensure final efforts are made to obtain referrals from these poolees and awards already earned have been issued.

c. See Chapter 7, Parts B and C of this Volume for further discussion of the RS/RSS Shipping Schedule.

5.   <u>Quality Control Reports</u>.
    a.   Several quality control reports exist through MCRISS, Quality Control Information System (QCIS), and Internet based Recruit Accessibility System (WEBRAS) to assist in analyzing your quality control efforts.

    b.   The quality control reports display information concerning the number of individuals who attrite, not only from the pool, but also from recruit training.   Information concerning MCRD attrition gives some indication of how effectively recruiters are preparing poolees mentally and physically for training.   A high percentage of attrition due to fraud, defective attitude, physical inability or training failures are of particular concern in the analysis of such attrition.

    c.   Unusually high attrition due to defective attitude may indicate that recruiters are not adequately informing poolees about the nature of recruit training, or failing to motivate them while they are in the pool.

    d.   Unusually high attrition due to physical inability or training failure may indicate that recruiters are not effectively educating poolees while they are in the pool, or are not making sufficient effort to ensure they are prepared physically.

6.   <u>Monthly Activity Analysis Report</u>.   The Monthly Activity Analysis Report displays the sources of all new contracts for the RS and each RSS.   This allows the Command Group to assess the contribution of each program, providing source data has been properly reported.   See Chapter 7, Part D of this Volume for more information on the Monthly Activity Analysis Report.

**C005.   POOLEE AWARDS AND INCENTIVES.**   Poolee awards and incentives are an important aspect of the pool program, providing tangible reward for poolees who make referrals.

1.   When poolees earn enlistment credits, the Programs Specialist is responsible to ensure that the poolees receive the appropriate award.   The Programs Specialist must also ensure that the RS Operations Section makes appropriate entries on the poolee's MCRISS Contract Screen.

2.   <u>PFC</u>.   Once a poolee has earned two enlistment credits, he is eligible for appointment to PFC upon shipping to boot camp.   A poolee can earn enlistment credits only until completion of recruit training.   Whenever a poolee earns two enlistment credits, the Operations Section must take the following actions:

    a.   Have the MEPS Liaison make an entry on pages 1 and 3 of the DD 1966, indicating that the poolee was appointed to PFC in accordance with the current edition of MCO P1100.72 (MPPM).

3.   <u>Authority</u>.   Marine Corps Orders that govern the administration and awards associated with the Pool Program are:

    a.   MCO P1400.32, Marine Corps Promotion Manual.

    b.   MCO 7042.6, Award of Trophies and Similar Devices in Recognition of Accomplishments.

    c.   MCO P1100.72, Military Personnel Procurement Manual.

C006.  <u>MAINTAINING THE POOL</u>

1.  Equally important to generating new contracts from poolee referrals is the need to ensure that poolees ship to training.  Failure to properly maintain your pool can result in high pool discharge rates and high MCRD attrition.  There is no point in enlisting an applicant in the pool if you do not take steps to ensure he will ship and that he will graduate and become a Marine.

   a.  Maintaining the RS pool requires action in three areas:

      (1) Preparing the poolees for recruit training.  Inherent in this requirement is the ability to pass the IST prior to shipping.

      (2) Keeping poolees motivated towards the Marine Corps throughout their stay in the pool.

      (3) Continuously screening poolees to ensure they still meet enlistment criteria which will affect their ability or eligibility to ship, and to ensure poolees still meet criteria for any program guarantees or enlistment options.

   b.  All these goals can be accomplished through regular contact with poolees and an imaginative, but common sense, approach to poolee activities.  Frequent contact between recruiters and poolees is the first essential step.  This contact, however, should not be limited to telephone calls or dull visits to the recruiter's office.  A dynamic, professional, imaginative program of activities designed to spark the poolee's interest and prepare for recruit training is the key.  Not only will this ensure that poolees stay in the pool, but it will greatly help in your efforts to have poolees generate referrals.

2.  <u>Preparing the Pool for Recruit Training</u>.  All poolees must be prepared to cope physically and mentally with the challenges of the recruit training.  Our efforts to help the men and women in the DEP prepare for recruit training will provide dividends in the form of fewer MCRD discharges and better Marines in the operational forces.

   a.  <u>Physical Preparation of the Pool</u>.  Poolees must be physically prepared for the rigors of recruit training.  Too much training time is lost and too many prospective Marines are discharged because they arrive at recruit training overweight and/or without the minimum levels of strength and endurance.  The answer is conscientious pursuit of IST standards and successful completion of this test prior to ship.  The emphasis of this program must be placed on improving the physical status of those who need it most.  Requiring IST performance above the established minimum standard in order to ship is not necessary, nor is it authorized, and will only impede the ability of the recruiting service to meet its assigned mission.

      (1) Within 30 days of contracting, all poolees will undergo an inventory Initial Strength Test (IST) to determine their level of fitness.  The events and minimum standards for the IST are listed in the current edition of the MPPM.

      (2) Poolees should be advised of areas needing improvement and should have a plan outlined for them by the recruiter to achieve the necessary

5-C-11

improvement before ship.  The IST minimum score should be viewed as the goal which weaker poolees are expected to achieve by the time they leave for recruit training.

(3) Poolees with similar deficiencies should be grouped together and encouraged to help one another overcome their deficiencies.  Stronger poolees can be utilized to encourage and assist weaker poolees, if such assistance is properly monitored.

(4) Poolees for whom weight maintenance tends to be a problem should be provided an exercise plan and encouraged to adopt a healthy eating program.  Their progress should be monitored more frequently than a regular poolee, to ensure they lose the appropriate amount of weight without jeopardizing their health.  Poolees who do not meet height and weight standards, as outlined in the MPPM cannot be shipped to recruit training.

(5) Pool activities geared towards physical conditioning should concentrate on developing the following areas:

    (a) Upper body strength.

    (b) Abdominal strength.

    (c) Aerobic conditioning.

(6) In addition to the guidance provided in the Marine Corps Poolee Training Program, some recommended physical conditioning activities are:

    (a) Progressively strenuous formation runs.

    (b) Individual runs.

    (c) Fartlek course (run with intermittent exercises focused on the arms and abdomen).

    (d) Hikes (progressive in length).

    (e) Visits to local fitness centers for strength training.

    (f) Poolee field meets.

    (g) Inter-RSS sports competitions.

    (h) Orienteering.

    (i) PFTs.

(7) Each poolee will undergo an IST 30 days prior to their ship day. Poolees who fail to pass this IST will not be shipped to recruit training. Conversely, if the IST is administered too close to ship day and the Poolee is a "marginal" performer; it can be the difference between passing and failing the IST at MCRD, due to muscle soreness.

(8) A poolee competition awards system should be developed to reward physical fitness, i.e. most pull-ups, most crunches, best run, best PFT score, running awards (100 mile certificates, etc.), most improved physical

        EXHIBIT 14

fitness award.  Other activities should be included in this program, such as attending poolee meetings, field meets, PT sessions, etc.

   (9) <u>Government Liability for Personal Injury to Poolees</u>.  Government liability for personal injury to poolees, especially while they are attending poolee meetings or other poolee events, is explained in Figure 5-C-5 (Hold Harmless Agreement and Release From Liability).

   b.  <u>Mental Preparation of the Pool</u>.  Poolees must be mentally prepared for recruit training both in terms of attitude and knowledge.  Too many recruits bewildered by the abrupt change in environment become apathetic or hostile towards training and the Marine Corps.  This produces numerous discharges of otherwise qualified men and women from the recruit depots.

   (1) Poolees should have the recruit training process explained to them in detail.

   (2) If possible, they should be exposed in advance to a drill instructor as part of a pool function, who can further explain the procedures at recruit training and acquaint the poolees with the sound and demeanor of a drill instructor.

   (3) A positive attitude toward recruit training must be developed.

   (4) Knowledge of basic essential subjects (as provided in the Marine Corps Poolee Training Program) should be professionally taught during poolee meetings.

   c.  <u>Motivating the Pool</u>.  Poolees must be constantly motivated to maintain that same strong desire to become a Marine that they displayed when they joined the pool through the time that they ship.  Motivation, and its enhancement, serves to build poolee commitment to the Marine Corps while preventing pool discharges.  Using their imagination and creativity, NCOICs should plan pool functions that offer variety, a challenging task, competition and adventure.  Some ideas for poolee activities:

   (1) Visits to Reserve units.

   (2) Visits to Marine Corps Bases.

   (3) Poolee field meets.

   (4) Inter-RSS poolee sports competitions/events.

   (5) Trips to local sporting events.

   (6) Hiking, fishing, camping trips.

   (7) Visits to state fairs.

   (8) Physical Fitness Tests or competitions.

   (9) Orienteering.

   (10) Family nights.

(11) Ceremonies recognizing outstanding poolees.

(12) Poolee dinners.

3. <u>Prohibited High-Risk Pool Activities</u>.  Any poolee event or activity that presents the real possibility of serious injury should not be undertaken.  It is important to remember that poolees are not Marines yet and special care should be taken to prevent even the slightest possibility of injury.

a. Commanders will obtain written approval from the Commanding General of the appropriate Recruiting Region prior to conducting high-risk pool events. In addition to the events listed below, any event with the potential for serious injury is to be considered a high-risk pool event:

(1) White water rafting, kayaking and canoeing.

(1) Downhill skiing and snowboarding.

(2) Rollerblading and skateboarding.

(3) Indoor wall climbing.

(4) Rappelling and Ropes/Challenge Courses.

(5) Obstacle Courses.

(6) Mountain Climbing.

(7) Weapons firing.

(8) Paintball.

(9)  Swimming.

b. Commanders are specifically prohibited from conducting the below listed events due to high possibility of severe injury or death.  Region Commanding Generals are not authorized to grant waivers for these events nor will MCRC entertain exception to policy waivers.

(1) Rock or ice climbing.

(2) Contact sports or any actively that involves personal contact.

(3) Martial arts.

(4) Pugil stick events.

(5) Bungee Jumping.

(6) Parachuting.

c. Current prohibited pool activities can be found in the most current addition of the MCRC and District Pool Orders and policy letters.

4. <u>Obtaining Written Approval For High-Risk Pool Events</u>.  The Commanding General, Marine Corps Recruiting Region, will entertain requests for the conduct of high-risk pool functions on a case-by-case basis.  Written

requests will be submitted through the chain of command to the appropriate Region Commanding General (Attn: AC/S Recruiting).  Written requests will clearly show that the conduct of the pool function is in the best interest of the Command, will serve to better prepare a poolee for the training they will receive at recruit training or OCS, will not endanger the safety of any poolee, and that all common sense safety precautions have been anticipated and planned for by the requesting command.  At a minimum, such requests will address:

    a.  OIC/RSO

    b.  Safety vehicles

    c.  Closest medical facility

    d.  Corpsman or corpsman equivalent

    e.  Each poolee and parents will sign a "Hold Harmless" Agreement (Figure 5-C-5).

    f.  It is impossible to address every possible factor that must include in an exception to policy waiver for pool functions.  Common sense must be used.  A good guideline is the Operational Risk Management (ORM) guidelines found in MCO 3500.27.  Use these guidelines and treat the event as you would if you were a commander in the operational forces.  What issues would your superior in the chain of command want you to address?  For example:

    (1) Rappelling Event.  For this event conducted at a rappelling tower on a military base, the following issues must be addressed in the waiver request:

    (a) What was the last time the tower was inspected for safety?

    (b) Who will instruct the training?  Is that individual certified as a USMC HRST master?  Is the certification current?  If the instructor is not USMC HRST certified, then is the individual's certification the equivalent of a USMC HRST certification (Fire and Rescue certified in rappelling)?

    (c).  Which organization is providing the rappelling equipment?  When was the equipment last inspected?  Who inspected the equipment?

    (2) Weapons Firing.  Requests to conduct M-16 rifle, or 9mm pistol firing at a pool function must include the following:

    (a) An operation risk management assessment IAW MCO 3500.27.

    (b) Name of RSO and OIC.

    (c) The location of the range and a physical description of the range.  Firing points must be physically isolated from each other.  Ranges must be certified for the caliber of weapon to be fired.

    (d) The fact that each participant and parent will sign a "Hold Harmless" Agreement.

(e) The fact that there will be a minimum of one safety NCO/SNCOIC at each firing point.

(f) Participants will be rotated through the weapons and not weapons through the participants. Weapons will not leave the firing points.

(g) The fact that each participant will receive a weapon handling class and a range safety class prior to firing.

(h) The fact that rounds will be counted out to each participant.

(i) Which organization will provide the weapons? When did the weapons last undergo a Limited Technical Inspection (LTI)? (Weapons will not be fired between the LTI date and the pool function.) Who conducted the LTI? Was the individual who conducted the LTI a USMC 2111 armorer? If the weapons are provided by another service the individual conducting the LTI must possess the same qualifications as a USMC 2111 armorer.

(j) The location of the nearest hospital, to include distance from the range?

(k) The fact that a safety vehicle will be present.

(l) The fact that a corpsman will be present? If another military service or a civilian Emergency Medical Technician will provide medical support, a statement must be include that this individual possesses the same level of medical training as a U.S. Navy corpsman and where the training took place.

4. <u>Screening the Pool</u>. Screening the pool must be continuous, both for previously disclosed information as well as any new situation and disqualifying information that might arise while the poolee is waiting to go to recruit training. The Pool Program is designed to provide continual contact between poolee and recruiter for a variety of reasons. There is no more glaring indictment of a recruiter's or NCOICs failure to carry out this responsibility than a previously undisclosed problem immediately preceding ship day. Any difficulties that might prevent a poolee from shipping should be surfaced and confronted immediately, so that the RSS and RS have an accurate picture of the requirements needed to make shipping.

5. <u>Large Pools</u>

a. A large pool is a strong asset, but it does not mean you can relax. A large pool needs to be managed effectively if it is to produce new contracts for you. Poolees must be continually motivated if they are to be there when the time comes to ship them. Poolees must be continuously screened to ensure they remain qualified to ship. Poolees must receive some basic preparation for recruit training if you wish to keep your MCRD attrition down.

b. If you are fortunate enough to have a large pool, some of the problems you may have to find solutions for are:

(1) Recruiters may lose sight of the need to maintain their productivity and develop a false sense of security.

5-C-16

EXHIBIT 14

(2) NCOICs will have to dedicate more time to supervising and managing their pools.

(3) Excessive time spent in managing the pool can detract from other recruiting/prospecting activities with the potential to cause a drop in production.

(4) Recruiters may lose prospecting/sales skills because of an over-reliance on the Pool Program and its referrals.

(5) Recruiters may not aggressively execute their High School Program fundamentals.

(6) You may have problems verifying the status of poolees, especially if recruiters fail to stay in touch with them.

(7) The RS may develop a high pool discharge rate.

   c. Successfully addressing these problems requires a coordinated effort and hard work. It requires imagination and persistence. There is no easy or magic solution. The entire Command Group must rally in support of the Pool Program and, with the recruiters, make that extra effort that is justified in maintaining a large, productive pool.

6. <u>RSS Pool Boards</u>. The pool board provides a ready reference with which the NCOIC can track his pool and report its status. Each RSS will maintain a pool board. By requiring the NCOIC to look at his pool on a daily basis, you remind him to use his pool and include them in his prospecting/recruiting efforts. See Vol I, for further details.

7. <u>Pool Card</u>. The basic outline for the Pool Program is laid out on each pool card at the RSS. The pool card provides the NCOIC a ready reference to more detailed information concerning the poolee and allows the NCOIC to coordinate the poolee contacts and pool functions within the system. See Vol I, for further details.

8. <u>Poolee Newsletter</u>. The MPA should assist the Program Manager in publishing a quarterly RS poolee newsletter. The newsletter, at a minimum, should educate poolees on recruit training, publicize effective RSS Pool Program/events, and promote referral action. It should reflect and build upon the accomplishments of the poolees. This can be an invaluable way to communicate with and motivate your pool. Send copies to parents, spouses, RSSs, and high schools as well.

C007. <u>CONCLUSION</u>. The success of the Pool Program is directly linked to the command attention directed to it, and the time and interest invested in it. It can provide large numbers of contracts, along with being the initial forging ground for new Marines, but it requires the commitment and actual participation of all involved.

      EXHIBIT 14

MONTHLY POOL PROGRAM REPORT



Figure 5-C-1

EXHIBIT 14

MONTHLY POOL PROGRAM REPORT EXPLANATION

I.  PURPOSE

   a.  To provide information concerning the effectiveness of the pool in generating contracts.

   b.  To display this information for both the current month and fiscal year to date.

   c.  To generate information which may be used by Command Group Members to take corrective action, when necessary, during visits to RSSs.


II. EXPLANATION OF THE REPORT

TOTAL IN POOL:  Total # of poolees in the DEP at the end of the month, including those awaiting discharge.

# WORKING:  Poolees with one or more enlistment credits.  This column should equal the 1/2 PFC and PFC column added together.

% WKG:  # working divided by total in pool.

1/2 PFCs:  Poolees presently in the pool with one enlistment credit.

PFC:  Poolees presently in the pool with two or more enlistment credits.

TOTAL NC MONTH:  Total # of Gross New Contracts enlisted in the month.

# of NCs FROM DEP:  Number of gross new contracts written during the month or FYTD resulting from referrals by poolees.

TOTAL NCs YTD:  # of total force gross new contracts written FY to date.

POOL DISCHARGES:  # of poolees discharged from DEP during the current month or FYTD.

% POOL DISCHARGES FYTD:  FYTD DEP discharges divided by gross new contracts FYTD.


III.  Action

   a.  The Program Specialist will validate this report monthly.

   b.  This report will be filed in the Pool Program Reports Book retained in the RS monthly reports folder for 3 years.

Figure 5-C-1 (cont.)

# MCRISS POOLEE CREDITS REPORT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Poolee Credits | | | |
| RSS | SSN | Last Name | First Name | DOE | PADD | Gender | Component | TOE | Educ Code | Program/QSN | Recruiter Last Name | Recruiter SSN |
| 926CA | 123445566 | Hamilton | Laird | 6-Jun-03 | 31-Aug-03 | M | Reg | 4 | 12L | AF000-00-00-20031106 | Jones | 999778888 |
| | 222445555 | Kerbox | Buzzy | 18-Jun-03 | 31-Aug-03 | M | Reg | 4 | 12L | | Jones | 999778888 |
| | 265987512 | Slater | Bob | 9-Jul-03 | 15-Jun-04 | M | Res | 6 | 11S | 200405374/3381 | Jones | 999778888 |
| | 254136987 | Jones | Kelly | 3-Jul-03 | 15-Jun-04 | M | Res | 6 | 11S | 200405374/3381 | Jones | 999778888 |
| 926CA | 259832128 | Writem | John | 6-Aug-03 | 15-Jun-04 | M | Reg | 4 | 11S | CA00-00-00-20030815 | Jones | 999778888 |
| | 326985623 | Rocc | Kelly | 12-Aug-03 | 15-Jun-04 | M | Res | 6 | 12L | 200405374/3381 | Jones | 999778888 |
| | 333557788 | Rizza | Frank | 6-Sep-03 | 15-Jun-04 | M | Reg | 4 | 11S | BY000-00-00-20030915 | Jones | 999778888 |

Figure 5-C-2

EXHIBIT 14

# MCRISS POOL ATTRITION BY RECRUITER REPORT

| | | | | | | | | | | | Pool Attrition by Recruiter | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RSS | SSN | Last Name | First Name | Gender | DOE | Discharge Date | Days in DEP | Discharge Reason | # Pool Moves | Recruiter Last Name | Recruiter SSN |
| 926CA | 123445566 | Elwell | Gordon | M | 6-Jun-03 | 31-Aug-03 | 86 | Moral | 2 | Jones | 999778888 |
| 926CA | 236287323 | Allan | John | T | 6-May-03 | 31-Aug-03 | 117 | Moral | 3 | Jones | 999778888 |
| 926CA | 123445566 | Mayfield | Karl | R | 22-Jun-03 | 31-Aug-03 | 99 | Medical | 3 | Smith | 222332222 |
| 926CA | 123445566 | Styka | Mike | M | 5-Jan-03 | 31-Aug-03 | 360 | Medical | 5 | Smith | 222002222 |

Figure 5-C-3