

**JNITED STATES MARINE CORP**
RECRUITING STATION LOS ANGELES
6230 VAN NUYS BLVD SUITE 3005
VAN NUYS, CALIFORNIA 91401-2713

StaO 1130.1B
PPM/PS
01 Sep 10

## STATION ORDER 1130.1B

From:   Commanding Officer
To:     Distribution List

Subj:   POOL PROGRAM FOR RECRUITING STATION LOS ANGELES

Ref:    (a) DistO 1130.29
        (b) Volume I, Guidebook for Recruiters
        (c) Volume III, Guidebook for RS Operations
        (d) Station Policy Letter 3-05 (Missing Documents)
        (e) MCO 3500.27_ Operational Risk Management

Encl:   (1) Poolee Letter from the RS Sergeant Major
        (2) Station Commanders Responsibilities
        (3) Recruiter's Responsibilities
        (4) High Risk Tracking Card
        (5) RSS Pool Function After Action
        (6) Pool Program Nutrition and Weight Control
        (7) Pool Physical Conditioning Program
        (8) SOU for the Delayed Entry Program
        (9) Hold Harmless Agreement and Release from Liability
        (10) Drill Instructor Request Letter
        (11) RS Poolee Awards Request
        (12) Request for Pool Modification
        (13) Station Commander Pre-Ship Checklist/Certification for Ship

1.  **Purpose.**  To publish instructions concerning the operation of the pool program for Recruiting Station Los Angeles, California.

2.  **Cancellation.**  StaO 1130.1A

3.  **Background**

    a.  The main purpose of the pool program is to generate new contracts through referrals and to prepare poolees for recruit training.  This is accomplished by utilizing the Command Group, Station Commanders and recruiters.  In addition, we must educate, motivate and physically prepare the poolee for the rigors of recruit training.  Historically, the first few weeks are most challenging and yield the most training and adjustment of recruit training.

    b.  The state of the pool program is a direct reflection of the leadership abilities of all of its participants.

4.  **Program Goals.**  The pool program will be conducted in accordance with the references and the guidelines established in this order.  The overall goals of this program are:

    a.  To motivate poolees to refer enlistments through the poolee referral program.  This will allow each individual recruiter to make his/her monthly contracting mission in the most efficient manner possible.

Subj: POOL PROGRAM F    RECRUITING STATION LOS ANGELES

b. To prepare each poolee physically and mentally for the rigors of recruit training. This will minimize MCRD attrition and will reduce future shipping requirements.

c. To minimize pool attrition so that each poolee ships to recruit training as planned.

d. To establish sound and substantial rapport with poolees and their families in order to minimize pool attrition.

e. To assist the Station Commanders and recruiter in identifying potential problems with their poolees so that corrective action can be taken in a timely manner.

f. To assist the Station Commanders and recruiter in identifying potential future recruiter assistants.

g. To maintain the following performance objectives:

(1) 20% of pool working.

(2) 25% of contracts from pool referrals.

(3) Less than 17% pool attrition.

(4) Less than 10% MCRD attrition.

(5) 80% poolee attendance for scheduled pool functions.

5. <u>Recruiter/Poolee Conduct</u>. The Marine recruiter is the Marine Corps' representative in the civilian community. In most cases, the recruiter <u>is</u> the Marine Corps to that community. It is vital that the recruiter's performance be professional and that his/her conduct is beyond reproach. Over-familiarization with applicants jeopardizes our recruiting ethics, impairs the recruiter's impartiality, and discredits the professionalism of the Marine Corps. Thus, all Marines will be addressed by their rank and last name. In return, all poolee's will be addressed as "Poolee (Last Name)." If a poolee has earned two enlistment credits, then he or she will be addressed as (PFC) or Poolee First Class (last name).

a. "Over-familiarization" is any non-professional social relationship between a recruiter and a future Marine that is of a personal nature and outside the requirements necessary to accomplish the recruiting mission.

b. "Over-familiarization" will not be tolerated!

6. <u>Pool Management Program Organization</u>. The pool program's individual participants include the Pool Program Manager, the Program Specialist, Station Commanders, recruiters, poolees, Command Group members, and selected headquarters Marines. The duties of each of these participants are as follows:

a. <u>Pool Program Manager</u>. The Station Sergeant Major is the Pool Program Manager. Specific responsibilities of the Pool Program Manager include, but are not limited to the following:

(1) To provide supervision, guidance and direction to the program specialist and Station Commanders in the conduct of the pool program.

(2) To collect, collate, analyze, and display program data in accordance with reference (c). A pool program brief will be presented to the

2

EXHIBIT 15

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

Command Group at the monthly Command Group Action Planning (CGAP).

(3) To ensure that all-potential pool discharges are interviewed by a Command Group member.

(4) To ensure submition of program reports to higher headquarters in accordance with references (a) and (c).

(5) To ensure that a proper pool turnover is conducted upon the departure of a Station Commanders or recruiter in order to reduce the creation and attrition of Pool Orphans.

(6) To ensure that RS/RSS poolee functions and activities are properly approved, scheduled, planned, funded and executed. The use of appropriated funds for poolee events should be accomplished in accordance with reference (a).

(7) To ensure preparation of the next fiscal year's Pool "Year-In-Sight" training schedule and distribute it to the field.

(8) To monitor and track poolee weight control and Initial Strength Test (IST) progress to ensure that all poolees pass the IST and are under RS CO level ship weight prior to shipping to recruit training.

(9) To ensure that the Operations Officer is involved in all discussions involving any change in pool/poolee status.

(10) To ensure reconciliation of the poolee credit and award report with the Station Commanders and the Operations Section.

(11) To provide the MEPS Liaison, prior to the 15th of each month, with a list of all poolees qualified for promotion to Private First Class.

(12) To coordinate quarterly Drill Instructor visits to each pool when feasible.

(13) To organize and execute a summer and winter "LA Games."

b. Pool Program Specialist. The Pool Program Specialist will be an 8412 or an experienced 8411. The individual selected for this billet must be a proven recruiter who commands the respect of the Marines within the RS. The program specialist will assist the Pool Program Manager in maintaining the pool program. Specific duties and responsibilities of the Pool Program Specialist include, but are not limited to the following:

(1) To ensure that Station Commanders are making sure each one of their poolees receives a DEP-in brief with parents or guardian if applicable.

(2) To ensure that the poolee Welcome Aboard packages are current and presented to each poolee (with parents) at DEP-in.

(3) To ensure that all Commanding Officer's orders to poolees and letters to families are prepared, signed, and appropriately distributed upon each poolee's initial enlistment.

(4) To assist in the scheduling, support, and execution of pool functions and activities ensuring all monthly pool function LOI's are submitted, to include ORM at least 14 days prior to execution.

(5) To assist the Marketing and Public Affairs Representative (MPAR) in the publication of the quarterly poolee newsletter at the end of the first

3

EXHIBIT 15

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

month of each quarter.

(6) To ensure the conduct of poolee pre-ship orientations (PSOs) are being completed by the Station Commanders 30 days and 96 hours prior to shipping.

(7) To develop and publish to the Command Group by the "Month-in-Sight" for significant upcoming pool events.

(8) To ensure each Station Commanders updates the status of each poolee in the RSS pool.

(9) To report poolees with potential IST and weight problems to the Pool Program Manager.

(10) Conduct 100% contact of pool every month.

c. SNCOIC(Station Commanders)   The Station Commander is responsible for what happens, and what doesn't happen with his/her pool. They must understand and actively pursue accomplishment of all pool program goals. Enclosure (1) lists specific Station Commander responsibilities. Bottom line, do what the volume directs.

d. Recruiter.  The most important factor in the ultimate success of the pool program is the "hands-on" involvement of the individual recruiter.  It is the recruiter's personal involvement with each poolee and his/her family that will determine whether the maximum benefits of the program are fully realized.  Enclosure (3) lists the recruiter's specific responsibilities.  A copy of this enclosure will be maintained in each recruiter's S&R book.

e. Poolee.  Poolee's should perform those tasks assigned by the Station Commanders and recruiter.  These tasks should include, but are not limited to the following:

(1) To read, sign, and comply with the "Welcome Aboard" package and RS CO's orders.

(2) To actively participate in all pool functions to ensure proper physical, mental, and moral preparation prior to shipping to recruit training.

(3) To maintain weekly contact with his/her recruiter.

(4) To achieve the rank of PFC through the poolee referral program.

(5) To pass the IST prior to shipping to recruit training.

(6) To ensure that they are under their ship weight prior to shipping to recruit training.

(7) To immediately notify their recruiter or SNCOIC of any change in their status while in the DEP.

f. Command Group Members.  The active participation of the command group in supervising and assisting Station Commanders and recruiters in the execution of the pool program is essential.  Command Group members responsibilities include the following:

(1) To attend pool functions as directed by the Commanding Officer in order to assess how effectively each RSS pool program is being conducted and to provide advice and assistance as necessary.

4

   EXHIBIT 15

Subj: POOL PROGRAM F   RECRUITING STATION LOS ANGELES

        (2) To interview potential pool discharges.

        (3) Review Pool Cards during each visit to ensure recruiters are
taking required actions.

    g.  Headquarters Marines.  Headquarters Marines will provide
administrative, logistical, and public affairs support to RSS's as required.
They will also assist in the supervision of pool functions as directed.

7.  Risk Management

    a.  Background.  The implementation of the Risk Management Program will
reduce both DEP and MCRD attrition.  Every poolee will have second thoughts,
fears, or other real or imagined obstacles to shipping to and completing
recruit training.  Quality involvement of the Station Commanders
and recruiter will resolve the majority of these problems.  The situations of
some poolees, however, may put them at a greater disadvantage to becoming a
Marine.  Early identification of these situations combined with realistic and
definitive action plans for overcoming these potential obstacles will ensure
that the vast majority of all poolees reach MCRD and become Marines.

    b.  **SAFETY AND RISK ASSESMENT**.  As with any Marine Corps exercise
program, SAFETY is paramount and pool functions/pool PT are no different.
The parents of poolees entrust their sons and daughters to our care.  This
trust demands that we not take them running on excessively hot days without
water, that we not pick a shooting range where excessive danger exists, and
that we at all times look after their sons and daughters as if they were our
own.  We can not, and will not, force poolees to train or PT.  They need to
want to improve on their own.  We are not certified personal trainers.  Don't
act like one and expose them, yourself, or this unit to undue risk.
Regardless of the "Hold Harmless Agreement" form, which is a requirement, YOU
are still responsible for their SAFETY and WELFARE.
 All poolees are designated either "at risk" or not "at risk".  A poolee is
"at risk" if his/her present or past circumstances reduce the probability of
shipping to and completing recruit training.  Each poolee's risk status is
based on a risk assessment.  A risk assessment is a continuous process
conducted by Station Commanders, Command Group members, and the Program
Specialist.  Risk assessments are made on poolees prior to, during, and
following the DEP-in process.  It is vital that the Station Commanders and
the Operations Officer conduct an initial risk assessment together.  The RS CO,
however, is the final authority on the initial risk assessment.  The risk
status of each poolee is communicated to all participants in the pool program
using the RS's "At Risk" Report.

If at anytime a poolee is injured no matter how minor, there is an IMMEDIATE
reporting requirement to the Commanding Officer.


    c.  Risk Tracking Card.  The Station Commanders will maintain a Risk
Tracking Card, enclosure (3), on all "at risk" poolees.  This will be
attached to the back of the Pool Card, which is maintained in the working
file.

    d.  Changes to Risk Status.  While a member of the pool, an individual's
risk status can improve or degrade.  Recommended changes to initial
assessments must be approved by the Pool Program Manager.  Within 90-days of
a poolee's ship date, however, any changes in a poolee's risk assessment must
be immediately communicated to the Operations Chief and then followed-up with
the Pool Program Manager/Program Specialist.

5

EXHIBIT 15

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

    e.  Risk Categories.  A poolee can be "at risk" in one or more
categories.  The categories listed below cover the most common situations
that increase the possibility of a poolee being discharged from the DEP or
from MCRD.  Each of the categories listed below is followed by a list of risk
criteria.

    (1)  Education.  A poolee is "at risk" for education if any of the
following criteria is met:

        (a)  High school senior that has not passed or mastered all
portions of the High School Exit Exam.

        (b)  Enlisted as a high school senior or upgradeable Tier II with
a GPA of 2.0 or less.
        (c)  Receives a "D" or below, in any subject.  If this occurs, the
recruiter will ask for a monthly progress report from the poolee's guidance
counselor.

        (d)  Dropped out of school.  If this occurs, all necessary actions
will be taken to get the poolee re-enrolled.

        (e)  School senior who needs six (6) or more credits to graduate.

        (f)  Discovered to be skipping classes or who has been absent more
than 5 days during a semester.

        (g)  GT less than 90.

        (h)  AFQT less than 40.

    (2)  Weight.  Poolees "at risk" for weight will be weighed-in every
two weeks.  The results of this weigh-in will be recorded on the risk
tracking card.  This information will also be reported on the monthly RSS
Pool Function After Action, enclosure (4). **This report is due to the Pool
Program Manager/Specialist on the first Monday following the monthly pool
function.**  Poolees "at risk" for weight should follow the nutrition and weight
loss guidance, contained in enclosure (5).  A poolee is "at risk" for weight
if the following criteria are met:

        (a)  Enlists above the District level ship weight or weight
increases above the District Level ship weight while in the DEP.

    (3)  Physical Fitness.  Required actions to be taken on poolees "at
risk" for physical fitness are contained in enclosure (6).  A poolee is "at
risk" for physical fitness if any of the following criteria is met:

        (a)  Cannot do 5 pull ups (male) or a 20-second flexed arm hang
(female) at DEP-in.

        (b)  Does not pass the IST within 30 days of DEP-in.

        (c)  Fails the IST while a member of the DEP.

    (4)  Moral/Drug.  Station Commanders and recruiters must be aware of a
poolee's past or current moral problems.  Periodic contacts should key on
these problems in order to prevent and/or detect any reoccurrence.  A poolee
is "at risk" for moral reasons if any of the following criteria are met:

        (a)  Possesses a District level (or higher) moral waiver at the
time of DEP or anytime thereafter.

6

**USA - 223**                                    EXHIBIT 15

Subj:  POOL PROGRAM AT RECRUITING STATION LOS ANGELES

           (b) Receives two or more traffic citations while in the DEP.

           (c) Has non-traffic police involvement while in the DEP (i.e., alcohol related incidents, assaults, trespassing, theft, etc).

           (d) Receives a ticket and does not pay it within 30 days.

           (e) Uses drugs while in-DEP.

           (f) Prior DAT-pop.

     (5) _Medical._ Required actions to be taken on poolees "at risk" for medical reasons will be based on each individual's situation. A poolee is "at risk" for medical reasons if any of the following criteria are met:

           (a) Has a BUMED waiver.

           (b) Prior orthopedic problems; especially lower extremities (i.e., knees, ankles).

           (c) Receives in-DEP injuries.

     (6) _Apathy._ Nearly all poolees will experience apathy to some degree while a member of the delayed entry program. The root cause of most pool discharges can be directly attributed to apathy of some sort. For ease of tracking, apathy has been further subdivided into the dependent, age, and program dependent categories. Station Commanders and individual recruiters must increase periodic contacts with poolees who are "at risk" for apathy and must be familiar with all aspects of these poolees' situations. A poolee may be "at risk" for apathy if any of the following criteria is met:

           (a) Station Commanders or Recruiter has transferred.

           (b) Poolee has left the RSS area.

           (c) Missed two or more consecutive pool meetings.

           (d) More than 180 days in DEP.

           (e) Unsupportive parents or legal guardians.

           (f) Two or more pool moves or a component change.

           (g) Prior DEP discharge, no matter what service.

           (h) Family illnesses or other problems.

           (i) No job assignment.

     (7) _Dependents._ A married poolee or a poolee with custody of children is "at risk" for dependent reasons. These poolees must be scheduled to ship to recruit training at the earliest possible time. Station Commanders and recruiters must ensure that poolee spouses are sold and continuously resold on the Marine Corps.

     (8) _Age._ A poolee who is 25 years of age or older is "at risk" for age reasons. These poolees must be scheduled to ship to recruit training at the earliest possible time. Special attention must be paid to physical fitness and possible moral disqualifications at the time of DEP.

     (9) _Program Dependent._ Poolees who will only ship to recruit

7

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

training if they are guaranteed a specific job, they are "at risk" for program dependency. These poolees present a special challenge because they are not sold on becoming a Marine. For this reason, the intangible benefits which separate the Marine Corps from other services and employers has no value. SNCOICs and individual recruiters must continuously resell these poolees on the intangible benefits of the Marine Corps.

8. <u>Initial Enlistment Processing</u>. The Station Commander and recruiter must brief each applicant prior to arriving at MEPS and/or the MEPS hotel on the following:

    a. Proper conduct and attire in a military environment (emphasize getting plenty of sleep with morning testers).

    b. Drug Alcohol Test (DAT) procedures (emphasize proper hydration prior to the urinalysis--BRING BOTTLED WATER!).

    c. Medical processing sequence.
    d. Waiver process.

9. <u>Actions Within 72 Hours after DEP</u>. **The first 72 hours upon enlistment are the most critical for solidifying a poolee's commitment to the Marine Corps.** Poolees will experience peer pressure, buyer's remorse, and other negative influential factors during this time. The actions taken by the Station Commander and recruiter during this period will have the greatest positive impact upon the poolees and their family. This is why it is imperative that a solid bond be built between the Station Commander/Recruiter, the poolee, and the family and that active participation within the pool program is emphasized for a successful transition from poolee to recruit. The minimum required actions, within 72 hours, after enlistment are listed below:

    a. A Welcome Aboard package is given by the recruiter to the poolee and the parents.

    b. Upon return to the RSS, the poolee and parents receives a DEP-in-Brief from the Station Commander/Recruiter. This brief will consist of the contents of the Welcome Aboard package and the Statement of Understanding for the Delayed Entry Program contained in enclosure (7). Additionally, the Station Commander/Recruiter will:

        (1) Coordinate with MPA to ensure that a hometown news release is published

        (2) Create a pool card.

        (3) Put the poolee's name on the pool board.

        (4) Have the poolee place a pin on the enlistment map.

        (5) Arrange for an initial visit with the poolee's family or legal guardian(s) within 72 hours of DEP. **The recruiter, however, must visit the family in person.** (One authorized option is to arrange for the poolee's parents to meet with the recruiter and Station Commander at the RSS or PCS involved.)

    c. Poolees that do not have a program assigned upon enlistment should be briefed on program availability and qualifications. A pool modification request should be submitted to the RS Operations Chief with three **available** program choices that the poolee qualifies for without any type of criteria waiver. The goal is to accomplish this assignment (along with appropriate

8

EXHIBIT 15

Subj:  POOL PROGRAM F  RECRUITING STATION LOS ANGELES

SOU submission) within 72 hours.  The maximum allowable limit for job
assignment is within 30 days of enlistment.

     d.  The Program Manager/Specialist, after conferring with the Station
Commander, determines if the poolee is "at risk", assigns a risk code, and
makes appropriate entries in the RS "At Risk" report.

     e.  The Station Commander/Recruiter will obtain any missing documents in
accordance with the Commanding Officer's Policy letter, reference (d).

     f.  The Station Commander will have two additional police record
check forms signed, but not dated, to be used for pre-ship
purposes.

10.  Pool Structure.  RSS pools will be structured like a military unit
(i.e., platoon, squad, fireteam).  Poolees will begin as members of a
fireteam, and progress to platoon leadership positions.  Fireteams should be
organized so that the members are from the same school or geographic
location.  **The recruiter will be positioned in front of his poolees at all
pool formations.**

     a.  Station Commander - Company Commander

     b.  Recruiter - Platoon Commander

     c.  Senior Poolee - Platoon Sergeant

     d.  2d most Senior Poolee - Guide

     e.  3d most Senior Poolee - Squad Leader

11.  Pool Functions

     a.  Meetings.  At least once a month, the Station Commander and
recruiters will have their poolees meet as a group.  The purpose of this
meeting is to conduct physical training, military subjects training, family
nights, humanitarian and community service, and to show recruiting films at
the RSS.  These functions should be varied and interesting.  These meetings
will not prepare the poolee for recruit training if they are not attended.

     b.  Hold Harmless Agreement.  The Station Commander will ensure a 12th
Marine Corps District "Hold Harmless" agreement form is enclosure (8), and
will be signed by the poolee (if over 18) or by a parent or legal guardian
(if under 18).  This document should be signed within 72hrs of DEP and prior
to their 1st pool function.  Guests must also sign one for each event.

     c.  Rosters and Attendance.  **Station Commanders will submit pool
function rosters to the Program Specialist on the first Monday following the
pool meeting.**  If any RSS's FYTD attendance falls below 50%, that RSS will be
required to have two meetings a month until the attendance standard of 75% is
obtained.  The confidence gained by successful participation in a well
planned military activity will lower the number of poolees who refuse to
ship.  Additionally, the confidence imbued will increase their chances of
completing recruit training.

     d.  Family Nights.  A major goal of the pool program is to develop a
relationship with the poolee and his/her family through continuous personal
contact.  Family nights provide information to family members and help them
feel like part of the Marine Corps family.  Family member participation in
pool functions can dispel many apprehensions they may have concerning their
son/daughter's decision to become a Marine.  Each RSS will ensure that a

9

Subj:  POOL PROGRAM F'  RECRUITING STATION LOS ANGELES

family night is conducted on a bi-annual basis (normally November and February).  Family nights must be coordinated through the Pool Program Manager.

    e.  <u>Drill Instructor Visits</u>.  RS Los Angeles will expose our poolees in advance to Drill Instructor's quarterly as part of preparation for recruit training.  The Drill Instructor can further explain the procedures at recruit training and acquaint the poolees with the attitude and demeanor of a drill instructor.  The Pool Program Manager/Specialist is responsible for scheduling and planning Drill Instructor visits.  Drill instructors will be requested via the Pool Program Manager/Specialist to the G-1 MCRD using enclosure (10).

    f.  <u>Pool Function Funding</u>.  The RS will distribute a fair share of funds to each RSS based upon its authorized number of recruiters, needs, etc.

    g.  <u>Prohibited High-Risk Pool Functions</u>

       (1)  <u>General</u>.  Any poolee event or activity that presents the real possibility of serious injury will **not be undertaken unless authorized by the Commanding Officer**.  It is important to remember that poolees are not Marines yet and special care should be taken to prevent even the slightest possibility of injury.  Poolees and prospects are not entitled to the medical benefits associated with active duty.  Any potentially high-risk pool function, therefore, must be carefully planned and coordinated to minimize the potential for injury.  Any injury to a poolee or prospect has the potential for having a claim or suit filed against the government or the individual recruiter.

**Any injury to a poolee or prospect must be immediately reported to a member of the command group.**  In addition to the events listed below, any event with potential for serious injury is to be considered a high-risk pool function event:

          (a) White water rafting, kayaking and canoeing.

          (b) Downhill skiing and snowboarding.

          (c) Rollerblading and skateboarding.

          (d) Indoor wall climbing.

          (e) Rappelling and ropes/challenge courses.

          (f) Obstacle courses.

          (g) Mountain climbing.

          (h) Weapons firing.

          (i) Paintball.

          (j) Swimming.

       (2) Request Procedures.  Before conducting any potentially high-risk pool function, the Station Commander must ensure that the following requirements are met:

         (a) Request and receive approval from the District Commanding Officer using the Potentially Hazardous Pool Activity Checklist from the enclosed reference.

10

EXHIBIT 15

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

(b) Have a completed and signed "Hold Harmless" agreement form found in enclosure (8) for each participant. A parent or guardian must also sign if the participant is under 18 years of age. This must be dated within the 72hrs of the Pool Function.

(c) Arrange for an independent duty Corpsman or approved medical personnel to be present throughout the event.

(d) Arrange for transportation to the nearest medical facility and determine the route and distance to this facility.

(e) Arrange for certified instructors and/or safety personnel, if applicable.

(f) A Command Group member and Station Commander must be present in a supervisory position and not as an active participant.

h. <u>Unauthorized Activities</u>. Commanders are specifically prohibited from conducting the below listed activities due to high possibility of severe injury or death. If in doubt, contact the Commanding Officer.

Examples of such activities are:

(1) Rock or ice climbing.

(2) Contact sports or any actively that involves personal contact.

(3) Martial Arts.

(4) Pugil stick events.

(5) Bungee jumping.

(6) Parachuting.

(7) Running in rubberized (sauna suit) sweat shirts or any other extreme technique whose purpose is to shed substantial amounts of water weight in a short time period.

(8) Scuba Diving.

(9) Paint Gun War Games (WRR waiver submitted within 10 days)

12. <u>Required Training</u>

a. Every pool function will include physical fitness training. No one but the Station Commander will be in charge of the PT session. The pool events should be representative of the way Marine Corps PT/training/operations are conducted. They should be well planned, smartly executed, and led from the front. It is imperative for Station Commanders to continue to improve in the quality, planning, execution, supervision, and leadership of all pool functions. ORM will be completed for every pool event INCLUDING ALL PT SESSSIONS. If PT is conducted at the PCS, the Station Commander will be present. THERE WILL BE ABSOLUTELY NO RECRUITER MONITORED POOLEE PT WITHOUT THE PRESENCE OF THE Station Commander unless authorized by the Commanding Officer. The Station Commander/recruiters will conduct their PT session in a highly professional, motivational, and methodical manner, conducting the daily seven/sixteen properly, prior to any PT session and calling motivational cadence during all PT runs. All recruiters and assistants will make every effort to learn and practice motivational cadences

11

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

and also practice uniformity throughout the recruiter staff and pool when wearing PT Gear. Suggested physical conditioning activities include:

    (1) Progressively strenuous formation runs.

    (2) Individual Runs.

    (3) Fartlek course (run with intermittent exercises focused on the arms and abdomen).

    (4) Hikes (progressive in length).

    (5) Visits to local fitness centers for strength training.

    (6) Poolee field meets.

    (7) Inter-RSS sports competitions.

    (8) Orienteering.

    (9) IST's/PFT's.

    (10) Volleyball, flag football.

*UNDER NO CIRCUMSTANCES WILL THERE BE "ONE-ON-ONE" PT SESSIONS. THE RECRUITER WILL ALWAYS CONDUCT PHYSICAL TRAINING WITH A GROUP OF FIVE OR MORE POOLEES, AND THE STATION COMMANDER MUST BE PRESENT.

*EVERY POOLEE IS REQUIRED TO TAKE AN INVENTORY IST WITHIN 30 DAYS OF DEP AND EVERY 90 DAYS THERE AFTER.

    b.  Every pool function will include values and ethics training and BST training, suggested BST training topics include but are not limited to:

    (1) General Orders

    (2) Marine Corps Motto

    (3) Mission of the Marine Corps

    (4) Marine Corps Birthday

    (5) Chain of Command

    (6) Customs and Courtesies

    (7) Code of Conduct

    (8) Review the Oath of Enlistment and its meaning

    (9) Marine's Hymn

    (10) Rank Structure

    (11) Military Time

    (12) Military and Naval Terminology

    c.  <u>Motivating the Pool</u>. Poolees must be constantly motivated to maintain that same strong desire to become a Marine that they displayed when they joined the pool through the time that they ship. Motivation, and its

EXHIBIT 15

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

enhancement, serves to build poolee commitment to the Marine Corps while preventing pool discharges. Using their imaginations and creativity, Station Commanders should plan pool functions that offer variety, a challenging task, competition and adventure. Examples of such activities are:

      (1) Visits to Reserve units.

      (2) Visits to Marine Corps Bases.

      (3) Poolee field meets.

      (4) Inter-RSS poolee sports competitions/events.

      (5) Trips to local sporting events.

      (6) Hiking, fishing, camping trips (Any overnight activity will have at a minimum, the Station Commander and a Command Group Member present for the duration).

      (7) Visits to state fairs.

      (8) Physical Fitness Tests or competitions.

      (9) Orienteering.

      (10) Family Nights.

      (11) Ceremonies recognizing outstanding poolees.

      (12) Poolee dinners.

13. <u>Periodic Poolee/Family Contact</u>. The Station Commander and Recruiter must be imaginative and resourceful in contacting, handling, and working poolees. Contact must be substantive and responsive to the individual poolee's needs and situation. The purpose of regular contact with poolees and family members is to provide **"service after the sale"**, and to uncover any change in status and to ask for referrals. At all times, remember to ask the hard questions concerning education status, police involvement, drug use, medical problems, moral, etc. Ensure that the results of each contact are annotated on the appropriate pool card or risk tracking card.

    a. <u>Station Commanders</u>. **Station Commanders must conduct a face-to-face meeting, at least once every month with each poolee.** Station Commanders must also establish and maintain a relationship with the poolee's family and keep them informed about the pool program. **On a monthly basis, they must check the family's level of support for their son or daughter's decision to become a Marine.**

    b. <u>Recruiter</u>. **Individual recruiters must conduct a face-to-face meeting, at least twice a month with each poolee living within 50 miles of the RSS/PCS. Additionally, weekly telephone contact will be made with each poolee.** Check-in messages left for the recruiter by the poolee do not fulfill this requirement. The results of this weekly contact will be recorded on the Pool Card. Appropriate comments will include statements concerning changes in the Poolee's social, education, family, work situations. **"GTG" is not an appropriate record of weekly conversations.** Recruiters must also establish and maintain a relationship with the poolee's family and keep them informed about the pool program. **On a monthly basis, the recruiter must check the family's level of support for their son or daughter's decision to become a Marine.**

13

EXHIBIT 15

Subj: POOL PROGRAM F   RECRUITING STATION LOS ANGELES

14. <u>Education Status Monitoring</u>. It is imperative that the RS has an accurate assessment of each poolee's education status as the school year progresses. **The individual recruiter is responsible for verifying his/her poolee's education status each reporting period/semester to ensure that they will graduate on schedule.** The Station Commander must confirm the education status of each poolee with the recruiter and immediately inform the Pool Program Manager of any problem poolee. Each high school senior and upgradeable Tier II will have attached to their pool card the risk tracking card, as shown in enclosure (3). This card will be used to track and record the educational progress/status of the poolee. **Additionally, between 15 January and 1 February, a mid-term set of transcripts on each poolee will be obtained and submitted to the Program Specialist.**

15. <u>Pre-Ship Interviews</u>. The Station Commander is responsible for ensuring that each poolee is prepared to ship to recruit training on the assigned ship date. Pre-ship interviews are designed to identify and correct any problems that may affect the shipping status of a poolee.

**Station Commanders are the only individuals authorized to conduct pre-ship interviews without the approval of the Pool Program Manager.** They cannot allow "wishful thinking" to prevent an objective assessment of a poolee's status. **Individual recruiter's are responsible for ensuring that their poolees arrive at the appointed place and time designated by the** Station Commander **for each pre-ship interview.** A copy of the results of all pre-ship interviews will be maintained at the RSS for a minimum of 90 days after the recruit graduates from MCRD. The pre-ship interviews include the following:

   a. <u>Pre-Ship Orientation (PSO)</u>

     (1) The Pre-Ship Orientation (PSO) will be conducted by the SNCOIC 30 days prior to a poolee's ship date. (This requirement does not apply to direct shippers.)

     (2) The PSO will include a "moment of truth," 1.5 mile run and pull-up and crunch verification, interviews for disclosures, SOU and missing document review, and motivational videos/talks.

     (3) **The Station Commander must develop an action plan with the Poolee and the Operations chief to fix all problems within one week of the PSO.**

   b. <u>30-Day Interview</u>. The Station Commander will conduct a 30-day interview with each poolee using enclosure (11). **This interview will take place during the third week prior to the poolee's ship week.** At this interview, the Station Commander will personally certify that the poolee is fully prepared for and ready to ship to recruit training. A copy of the 30 day interview will be sent to the Operations Chief. The importance of a thorough screening examination at this stage of processing cannot be overemphasized. There is still time to correct a problem or reschedule a shipper. Do not fall victim to "wishful thinking." <u>SCREEN TO DISQUALIFY</u>! Request for changes to the status of a Poolee in MCRISS must be submitted to the RS Operations Chief utilizing enclosure (12).

   c. <u>96-Hour Interview</u>. **The** Station Commander **will conduct a 96-hour interview using enclosure (11) due on the Wednesday of the week prior to ship.** This is the final opportunity to find and overcome obstacles to shipping. A copy of the 96-hour interview will be sent to the Operations Chief. Request for changes to the status of a Poolee in MCRISS must be submitted to the RS Operations Chief utilizing enclosure (12).

   d. <u>Final Departure Visit</u>. The recruiter is required to conduct a final departure visit to the poolees' family within 48 hours of shipping to recruit

14

          EXHIBIT 15

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

training. The purpose of this visit is to provide last minute screening, to provide final motivation, and to answer any questions the poolee or family members may have concerning recruit training.

    e. Departure and MEPS. All poolee's will be driven to the MEPS by a recruiter or put on government provided transportation to ensure that all poolee's arrive safely and on time.

16. Actions Following Ship. In order to provide continued motivational support to the poolee and his/her family, the following tasks will be accomplished once a poolee has shipped to recruit training:

    a. Prepare an MCRD card in accordance with reference (b).

    b. The Commanding Officer's departure letter, will be prepared by the Program Specialist and sent to the recruit's family within one week of ship.

    c. The recruiter will write the recruit a minimum of three letters during recruit training. **The first letter must be mailed no later than five days after the poolee ships.** Copies of these letters will be kept by the Station Commander and will be retained for a period of 90 days after the Marine graduates from MCRD.

    d. The Station Commander will write a minimum of one letter to each recruit while they are in recruit training. **This letter must be mailed no later than the Monday following ship.**

    e. The Sergeant Major's letter, will be sent to the recruit within the first 5 days after ship.

    f. The recruiter must make written or telephonic contact with the recruit's family once during each month that the recruit is at MCRD. **This first contact should be made within 7 days.**

17. Transfer of Recruits to Special Training Company (STC). Physical Conditioning Platoon (PCP) and Medical Rehabilitation Platoon (MRP) are units within the STC. The Program Specialist will contact the STC weekly to get a list of all new and current recruits assigned to STC from RS Los Angeles. The Program Specialist will then notify each Station Commander of all recruits assigned to STC. When a recruit is assigned to one of these special training platoons, they experience a loss of motivation and easily become apathetic. At this time, the Station Commander and recruiter must provide additional support to the recruit. Minimum actions to be taken upon a recruit's transfer to STC include the following:

    a. The Station Commander and recruiter will immediately contact the STC recruit via telephone and letters. This process will continue until the recruit is reassigned back to a regular training platoon.

    b. The Station Commander and recruiter will immediately contact the recruit's family to notify them of the recruit's change in training status. The purpose of STC will be fully explained to the family and all questions will be answered to alleviate any of their fears or concerns. The family will then be updated on a weekly basis.

18. Pool Referral Program. The monthly goal of RS Los Angeles and each RSS is to have 30% of its new contracts come from pool referrals. To reach this goal, each RSS must have a minimum of 30% of its pool working and providing quality referrals each month. Awards and incentives are an integral part of the pool program and the success of referral contracting. The Station Commander will track all awards and use enclosure (10) to request Poolee

15

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

Awards. The Program Specialist uses the Poolee Credit/Awards Binder to track poolee awards issued to the Station Commander. Standard awards issued by RS Los Angeles are as follows:

    a. 1st referral - Marine Corps Wind Breaker Jacket.

    b. 2nd referral - Marine Corps Gym Bag and promotion to Private First Class (PFC).

19. <u>Pool Audits</u>. Quality assurance checks must be performed by non-RSS personnel on a regular basis to verify and discover changes in mental, physical, and moral status of poolees. A semi-annual audit will be conducted on all poolees by a Command Group member in accordance with the Pool Program Year-In-Sight. **This audit will be conducted at the Recruiting Sub-station and should be a face-to-face interview between the poolees and the auditor.** The audit will include but will not be limited to verification of height, weight, IST score, education status, recruiter contact, pool function attendance, and program guarantee. This audit does not replace the continuous screening conducted at the RSS level by the Station Commander and the recruiters. By the 15th of each month, the Station Commander will confirm the status of each poolee with the Program Manager or the Program Specialist.

20. <u>Station Commander/Recruiter Pool Turnover</u>.

    a. **Station Commander. Thirty (30) days prior to the change or transfer of** a Station Commander, **a pool audit will be conducted on that** Station Commander **pool.** The purpose of this audit is to ensure that the new Station Commander takes charge of a "clean" pool. The outgoing Station Commander will give a detailed brief on each poolee to the incoming Station Commander one week prior to the scheduled turnover.

    b. **Recruiter. Thirty (30) days prior to the departure of an individual recruiter, an audit will be conducted on that recruiter's poolees.** Once again, this audit will ensure that the new recruiter takes over a "clean" pool. The incoming and outgoing recruiters will also conduct a face-to-face meeting with each member of the effected pool. This will ease the transfer of loyalties from the old recruiter to the new and will also prevent the creation of pool orphans.

21. <u>Monthly Command Group Pool Brief</u>. The status of the pool program will be analyzed by the Program Manager at the conclusion of each month. Initial analysis will be conducted prior to and during the monthly Command Group Action Planning. This will allow the Pool Program Manager to benefit from the observations and insights gained during the month by other Command Group members. A final pool program brief will be presented to the Commanding Officer and Station Commander by the Pool Program Manager at the monthly Station Commander conference. The following areas will be analyzed at the RS and RSS level:

    a. New Contracts from the Pool

    b. Pool Working

    c. Pool Function Attendance

    d. Pool Discharges

    e. Past and Pending Pool Discharges

    f. MCRD Attrition

16

EXHIBIT 15

Subj:  POOL PROGRAM F   RECRUITING STATION LOS ANGELES

22.  Training and Assist Visits.  When command group members visit individual RSS's they must be able to discuss the status of the pool program with the Station Commander/Recruiter.  **Command Group members will record their actions and observations on RSS trip reports.**  These trip reports will be filed in the RSS training file and will provide background information for future visits.

They are also used when discussing RSS progress during monthly command group matrix meetings.  During training and assistance visits command group members should:

   a.  Review trip reports and monthly program reports to identify pool problems.

   b.  Assist recruiters and Station Commanders in developing and executing action plans to correct pool program problems.

   c.  Observe recruiters performing program related activities to include the detailed review of pool and MCRD cards.

   d.  Participate in program events with recruiters.

23.  Pool Discharges.  The RS goal is to keep pool attrition under 14%.  This goal is certainly attainable if each pool program participant is committed to the execution of his/her duties as outlined in this order.  Early identification of poolee problems is key to lowering overall attrition.  All potential pool discharges will be interviewed by a command group member. During this interview a final attempt will be made to prevent a discharge, and/or to identify the lessons to be learned from each unsalvageable discharge.  This is accomplished by bringing together the poolee, Station Commander, recruiter, and selected Command Group members to review the circumstances of the individual's case.  Many times there may be a "simple fix" to the situation.

24.  Quarterly Poolee Newsletter.  **The poolee newsletter will be published by the MPA at the end of the first month of each quarter.**  The poolee newsletter will educate poolees on recruit training, publicize pool events, and promote referral action.  It should reflect and build upon the accomplishments of the poolees.  Input from the command group members and each Station Commander will be included.  This newsletter will be routed through the Command Group prior to being sent to the printer.

25.  Recommendation.  Recommendations concerning the content of this order are invited.  Such recommendations will be forwarded to this Headquarters via the appropriate chain of command.

26.  Certification.  Reviewed and approved this date.


                              W. C. COOK


DISTRIBUTION:  A




                                17


                          **USA - 234**                        EXHIBIT 15

Case 2:12-cv-01605-GAF-FFM Document 39-15 Filed 06/06/12 Page 20 of 88 Page ID #:908







From: Sergeant Major W. T. Ward III
To: FUTURE MARINES OF RECRUITING STATION LOS ANGELES, CALIFORNIA

Subj: 10 STEPS TO SUCCESS WHILE IN THE DELAYED ENTRY PROGRAM

First of all, CONGRATULATIONS on your decision to become a United States Marine, we welcome you to the Marine Corps family. You will soon be joining the ranks of 202,000 members. These are the ranks of an organization that few will ever join. The step you took today is only the first of a few steps you'll need to complete before you are officially called a U.S. Marine.

Now is the time to prepare for the next step, Recruit Training. Below are 10 challenges that I expect you to take on that will help better prepare you for a successful journey. Recruit training graduation is the final step when you are handed the coveted Eagle, Globe, and Anchor, which you will have earned by successfully completing recruit training. Then and ONLY then will you have completed your journey to becoming a UNITED STATES MARINE!

1. If you are in High School, Graduate!
2. Stay out of trouble, (no drug use, crime or compromising situations).
3. Start representing the proud traditions of the United States Marine Corps.
4. Get PROMOTED before going to recruit training (you only need two referrals).
5. Start getting in shape now for recruit training (mentally and physically).
6. Study the making of a Marine booklet. Learn your General Orders and the Rank Structure as soon as possible.
7. Avoid getting tattoos while in the DEP.
8. Attend every Pool Function.
9. Stay in constant contact with your recruiter (at least once a week). If you have a question or problem and can't reach your recruiter or Station Commander, call me at (760) 814-3673
10. Be proud of your decision, don't let ANYONE or ANYTHING discourage you. We are the Few, the Proud, the Marines! Again, congratulations and Semper Fi!


W. T. WARD III


18

EXHIBIT 15

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

## STATION COMMANDER RESPONSIBILITIES

1. The Station Commander responsibilities include, but are not limited to, the following:

   a. Provide the supervision required to ensure the substation and recruiter's active involvement in the pool program.

   b. Establish contact with each poolee and his/her family within 72 hours of enlistment.

   c. Schedule and coordinate poolee activities/functions with the Pool Program Specialist.

   d. Ensure that all poolees are presented with the appropriate "Welcome Aboard" package and properly instructed as to its purpose.

   e. Contact each poolee on a monthly basis to confirm status, attitude, levels of interest, and frequency of contact with the recruiter. Use this opportunity to re-screen and re-motivate the poolee. Do not overlook the family. Station Commander will contact at least one of the poolee's parents or legal guardian(s) monthly.

   f. Ensure that each poolee receives an orientation letter upon initial enlistment and a standard verbal briefing within 72 hours of enlistment.

   g. Ensure solicitation of referrals from poolees and provide the poolee with the disposition of each referral received.

   h. Ensure that all poolees are appropriately recognized for their accomplishments and contributions to the overall pool program.

   i. Review and audit the poolee credit award report and issue poolee awards in accordance with the RS pool order.

   j. Pull Function LOI's will be submitted to and approved by the Sergeant Major. High Risk LOI's must be approved by the XO.

   K. Ensure poolee attendance of 75% at pool activities and 100% at pre-ship orientations.

   l. Conduct pre-ship interviews with each poolee in accordance with the RS pool order.

   m. Conduct a proper transfer of the RSS pool program in the event of a change of Station Commander. This will include a verification of each member of the pool and their respective status. This is to be conducted in conjunction with a Command Group Member and the incoming Station Commander.

   n. Ensure the proper transfer of the pool and pool responsibilities in the event of a change of recruiters to prevent the creation of "pool orphans."

   o. Ensure poolees complete an IST within 30 days after enlistment. Additionally, ensure the poolee can pass the IST prior to shipping to recruit training.

   p. Assign all poolees an initial risk category upon enlistment in cooperation with the Pool Program Manager, Pool Program Specialist, and Operations Section in accordance with the risk management section of this

19

**USA - 236**

EXHIBIT 15

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

order. Re-evaluate each poolee on a monthly basis. Maintain a Station
Commander Risk Tracking Card, enclosure (3), on all "at risk" poolees.

q. Review your pool's status with the Pool Program Manager and Pool
Program Specialist prior to the 15th of every month.

r. Identify any potential problem with a poolee at the earliest possible
date and establish corrective action with the responsible recruiter and
poolee. Notify the Pool Program Manager and the Operations Officer of any
changes in the status of each poolee which may affect shipping.

s. Ensure that the final departure brief for each poolee and his/her
family is completed by the recruiter.

t. Ensure that the education status of all poolees is tracked in
accordance with the RS Pool order.

u. Ensure all IST and weight "at risk" poolees are tracked in accordance
with the RS Pool order.

v. Ensure that a minimum of three MCRD letters are written and mailed to
each recruit in accordance with the RS Pool order.

w. Review weekly, each poolee's pool card with his/her recruiter. Check
for proper documentation of current status and weekly contacts.

x. Ensure that each poolee is assigned an enlistment program within 30
days of enlistment.

USA - 237                    EXHIBIT 15

Subj: POOL PROGRAM F⁄ RECRUITING STATION LOS ANGELES

## RECRUITER'S RESPONSIBILITIES

1. The recruiter's responsibilities include, but are not limited to, the following:

   a. Ensuring that each poolee ships to MCRD with the proper mental and physical preparation necessary to complete recruit training.

   b. Contacting each poolee on a weekly basis.

   c. Physically seeing each poolee at least twice a month.

   d. Recording and updating pool participation and poolee contact data on the pool card. (If needed, attach 5 X 8 cards to record additional information.)

   e. Responding promptly to poolee needs as they arise, especially when something occurs that may alter shipping status. Inform and coordinate this activity with the Station Commander.

   f. Soliciting referrals from poolees and providing the disposition of each referral to the poolee.

   g. Including the poolee, whenever possible, in the accomplishment of the recruiting mission.

   h. Recognizing the efforts of poolees for providing assistance to the recruiting effort. Schedule an appropriate ceremony to ensure proper presentation of each poolee award.

   i. Establishing and maintaining a positive and functional relationship with the poolee's family. At a minimum:

       (1) Conduct initial visit with poolee's family or guardian within 72 hours of DEP.

       (2) Contact the poolee's family or guardian on a regular basis (at least monthly) to confirm the status of the poolee.

       (3) Encourage family participation in appropriate pool activities.

       (4) Ensure that any change in the poolee's shipping status is discussed with family members, if applicable.

   j. Assuming an enthusiastic position of leadership with poolees.

   k. Conducting a proper transfer of poolees and pool responsibilities in the event of a change of recruiters.

   l. Administering the IST to each poolee within 30 days after enlistment and track subsequent physical fitness progress in accordance with the RS Pool order.

   m. Ensuring that each poolee can pass the IST prior to shipping to recruit training.

   n. Ensuring that poolees have an initial pre-ship interview 30 days prior to shipping. Also, the recruiter will ensure that the poolee is available to have the 30 day and 96 hour PSO done by the Station Commander.

   o. Ensuring that any corrective action is completed concerning an

21

EXHIBIT 15

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

identified problem with a poolee.

    p.  Tracking education status in accordance with the RS Pool calendar.

    q.  Write and mail a minimum of three letters to each recruit while at
MCRD.  The first letter to be sent within 5 days after they ship to MCRD.

    r.  Brief your Station Commander on each poolee's status and review your
pool cards every week.

    s.  Executing on order, any requirements directed by the Station
Commander in support of the overall pool program.

22

EXHIBIT 15

Subj: POOL PROGRAM F' RECRUITING STATION LOS ANGELES
son_____ High School_____

## HIGH RISK TRACKING CARDS

Name_____                                    SSN_____

Dep In Weight _____ Max/Min Weight_____ Current weight_____ Weight Goal_____

Plan to achieve goal:_____

_____

_____

IST Date _____ Run Time_____ Crunches_____ PullUps_____

                                                                Pull-ups _____ Crunches _____

Plan To Achieve goal:_____

_____

_____

Current Education_____ High School_____

23

EXHIBIT 15

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

# MONTHLY STATION COMMANDER RSS POOL FUNCTION AFTER ACTION

**\*\*fax to OPS the following day after pool function\*\***

RSS _____     MONTH _____

RSS POOL STRENGTH: _____ AT RISK: _____ NOT AT RISK: _____

POOLEES PRESENT: _____ AT RISK: _____ NOT AT RISK: _____

POOLEES ABSENT: _____ AT RISK: _____ NOT AT RISK: _____

POOLEES EXCUSED: _____ AT RISK: _____ NOT AT RISK: _____

**NOTE: DETAILED REMARKS REQUIRED FOR ALL UNEXCUSED POOLEES**

1. FUNCTIONS AND ACTIVITIES:

   A.  Physical Fitness: _____

   B.  Classes Taught: _____

2. UNIFORMS:

   A. Were all recruiters in the same uniform:      YES / NO

   B. Were all poolees in BLUE T – shirts:      YES / NO

3. MOTIVATIONAL EVENT: _____

**4. POOLEES WHO WERE UNEXCUSED AND ACTION PLANNED:**

_____
_____
_____
_____
_____
_____
_____
_____

BKE, BKW, BU, CC, DN, GH, GL, HW, LN, PA, SB, SC, SV, TO,VT

(Revised 1 Sep 10)

· 24

Subj:   POOL PROGRAM F    RECRUITING STATION LOS ANGELES

## POOL PROGRAM NUTRITION AND WEIGHT CONTROL

1.   Poolees "at risk" for weight should follow the basic guidelines found in the Welcome Aboard Package.

2.   Station Commander and recruiters will not encourage fasting or the taking of any weight loss medications.   The wearing of rubberized suits during work-outs is expressly forbidden.

3.   Station Commander and recruiters should set realistic weight loss goals based on the following:

   a.   Max weight loss of 2 pounds per week.

   b.   Min weight loss of 3 lbs per month.

4.   A poolee can be removed from weight control once they are within height/weight/body fat standards and can pass the IST.

5.   Any poolee who does not meet the weight loss goals in the allotted time may be discharged from the DEP.

25

EXHIBIT 15

**Subj:** POOL PROGRAM F     RECRUITING STATION LOS ANGELES

## POOL PHYSICAL CONDITIONING PROGRAM

1. The following are the minimum RS standards for the IST:

|         |                 |                             |
|---------|-----------------|-----------------------------|
| Males   | Pull-ups:       | 5                           |
|         | Crunches:       | 54 in 2 minutes             |
|         | Run:            | 13:30 minutes for 1.5 miles |
|         |                 |                             |
| Females | Flexed Arm Hang: | 20 seconds                 |
|         | Crunches:       | 54 in 2 minutes             |
|         | Run:            | 15:00 minutes for 1.5 miles |

2. After the initial IST the Station Commander will identify poolees who are weak physically and will implement a training program to improve the poolee's physical condition. This program should be based on the physical conditioning program found in the welcome aboard package.

3. Physical Fitness Goals:

   a. "At Risk" poolees will take an IST every month until they pass two consecutive IST's.

   b. Any poolee who cannot pass the IST in 90 days may be discharged.

4. Safety

   a. Be aware of heat conditions. Do not have poolees PT in the heat of the day.

   b. Ensure poolees are hydrated.

   c. Always have plenty of water on hand.

   d. Always have transportation on hand.

   e. Know where the closet medical facility is located.

   f. Be familiar with the heat casualty prevention section of the Welcome Aboard Package.

   g. Exercise common sense.

26

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

**STATEMENT OF UNDERSTANDING
FOR
THE DELAYED ENTRY PROGRAM**

| NAME | SSN | Date |
|------|-----|------|

Congratulations on your decision to become a member of the United States Marine Corps! It will be a rewarding experience and one that will set the tone for the remainder of your life. From now until the day you leave for boot camp you are officially in the Marine Corps Reserve. Being a member of the Reserves and in the Delayed Entry Program there are a few things you need to understand and begin working on now.

1. I understand that my Recruiters name is_____and that my Station Commander/Staff Non-Commissioned Officer in Charge (SNCOIC) is _____. I will follow appropriate instructions that may be given by them or any Marines that I may deal with. In dealing with Marines and other members of the Delayed Entry Program, I will use respect, tact and proper etiquette at all times. Initials_____.

2. I understand that I must contact my Recruiter on a weekly basis according to his instructions. I also understand that I will contact him immediately in the event that I am the subject of any new police involvement to include traffic tickets, as well as medical, school or family/relationship problems. If for any reason I do not have contact with my Recruiter within a week, I will immediately contact my Station Commander. Initials_____.

3. One of the following statements applies to your educational status:

   a. I must stay in school and do everything within my power to graduate. If I have any problem that I feel I cannot adequately and responsibly deal with myself I will contact my Recruiter and seek his assistance before the problem becomes unmanageable. Initials_____.

   b. I understand that my enlistment is contingent upon completing, at a minimum, 15(fifteen) college credits (non-developmental) at an accredited post-secondary institution. Failure to complete these hours or the schedule necessary for me to ship to recruit training will constitute; on my part, a breach of agreement and will reflect unfavorably on my enlistment status. I must stay in school and do everything within my power to complete these credits. If I have any problem that I feel I cannot adequately and responsibility deal with myself I will contact my Recruiter and seek his assistance before the problem becomes unmanageable. Initials_____.

4. I fully understand that any illegal drugs are strictly forbidden and that there is no tolerance whatsoever for their use. I will also insure that my friends know that they are not to take drug in my presence them around me. Initials_____.

5. I understand that I must start a physical fitness program to prepare myself for recruit training. This program will include upper body strength, endurance and running.

During the course of the Delayed Entry Program I will be given, from time to time, an Initial Strength Test (IST).
As a male this test will include a minimum of 4 pull-ups, 54 crunches or more in 2 minutes, and a 1.5 mile run in 13:30 minutes or less. As a female this

27

EXHIBIT 15

Subj: POOL PROGRAM F' RECRUITING STATION LOS ANGELES

test will include a flexed arm hang for a minimum of 20 seconds, 54 crunches or more in 2 minutes, and a 1.5 mile run in 15:00 minutes or less. Initial_____.

6. I understand that there is a monthly meeting with my Recruiter and others who are waiting to go to recruit training. This Poolee meeting will be conducted once a month at a time and place to be determined by a separate letter that will be mailed to me and/or a phone call made to me or a responsible member of my family. I understand that these meetings are to help prepare me physically and mentally for boot camp, and that it is **mandatory** that I attend. If I have any problems making the meeting for **any** reason, I am **required** to contact my recruiter upon receipt of the monthly letter and/or phone call to make alternate plans. Initials_____.

7. I understand that as a single adult, making adult decisions, that if I decide to engage in an intimate relationship, that I should practice safe sex to help protect myself and my partner and to help prevent disease and/or pregnancy. Initials_____. I understand that as a married adult that acquiring more dependents may have an adverse effect on my enlistment status. Initials_____.

8. I understand that while a member of the Delayed Entry Program, I can earn a promotion to the rank of Private First Class with the Poolee Referral Program. With my Recruiter's direction, I will be required to assist him in the recruiting effort by providing names and phone numbers of people I think should hear the Marine Corps story. If two of my referrals enlist, I will be promoted to Private First Class upon activation for recruit training. Initials_____.

9. I understand that as a member of the Marine Corps Reserves and the Delayed Entry Program that all of my actions reflect upon me and the United States Marine Corps. That I will do nothing to bring disgrace or disfavor upon myself, my family, or the Marine Corps. Initial_____.

10. I understand that consistent with the previous statement there will be certain dress codes that I must adhere to that will be set by my individual recruiter. Initial_____.

11. Finally, I understand that I am legally and morally obligated to ship to recruit training on_____. Failure to comply with this agreement is a violation of federal law. Initials_____.


_____           _____
Applicant signature/date                Station Commander signature/date

28

EXHIBIT 15

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

## HOLD HARMLESS AGREEMENT AND RELEASE FROM LIABILITY

I, _____, on my own behalf, in consideration and for purpose of _____ hereby agree to hold harmless and safe from liability the United States of America, United States Marine Corps, and all personnel, agents, or employees, therein, acting officially or otherwise; from any injuries incurred enroute, during, or returning from this activity. I acknowledge that this agreement is limited solely for the purpose of the aforementioned activity and binds the United States in no manner voluntarily and that I understand that participation in the aforementioned activity is also voluntary. I acknowledge that I have been provided the opportunity to ask questions as to any of the risks foreseeable in connection with the aforementioned activity and transportation connected to/from this activity, which will be _____.

This agreement has been explained as to the above terms, provisions, and statements and I hereby accept all the said terms, provisions, and statements listed above as my own unconditionally and voluntarily.

Signature _____  Date _____

-----------------------------------------------------------------------

## PARENTS OR GUARDIANS AGREEMENT

(To be used when applicant/poolee is a minor 18 years of age). We hereby execute and subscribe to the above waiver as the parents or guardian of the named minor and consent to his/her being on the property, or using the indicated facilities on the stated military activity. We jointly and severally, for ourselves, our heirs, executors and administrators, agree to hold harmless the United States, United States Marine Corps, its officers, personnel, agents and employees, acting officially or otherwise, against all suits, actions, claims, costs or demands, whether arising from sole or concurrent negligence or otherwise (including those resulting from death, personal injury and property damage) to which the United States, its officers, personnel, agents and employees may be subject by reason of being on the property or using the indicated facilities of the stated military activity for the activity described above.

Name of Minor  Signature of (Parent or Guardian)

Emergency Data: Notify  Address  Telephone

29

USA - 246  EXHIBIT 15

Subj: POOL PROGRAM F  RECRUITING STATION LOS ANGELES

## DRILL INSTRUCTOR REQUEST LETTER

Date:

Request for the Month of:

Number of Drill Instructors requested:

Time Period:    From:              To:

Report to:

Report by Date and Time:

Departure Date and Time:

Uniform:

Preferred Grade:

Messing/Billeting availability:

Special Requirements:

Point of Contact Name:

Point of Contact Phone #:

Appropriation Data (Travel):

Appropriation Data (PerDiem):

Ton #:

SDN:

30

EXHIBIT 15

Subj: POOL PROGRAM F' RECRUITING STATION LOS ANGELES

## RECRUITING STATION POOLEE AWARDS REQUEST

From: Station Commander, Recruiting Substation _____
To: Commanding Officer, Marine Corps Recruiting Station Los Angeles
Via: Program Manager/Specialist

Subj: REQUEST FOR AWARD(S), CASE OF

Ref: (a) MCO 1130.62
(b) DepO 1130.12

| (Rank) | (Last Name, First MI) | (SSN/MOS) | (DCTB) |
|---|---|---|---|

(Unit/Unit Address)

Unit Phone Number: (____) _____

POC: _____    Unit Fax Number:  (____) _____

(Check One)
Status: Poolee ____ Boot Leave ____ Prasp ____ PTAD ____ LV/Liberty ____ Rec Aide ____

1. In accordance with the references, it is requested that the subject named individuals be appropriately recognized for providing assistance in recruiting the following individual(s):

| (Last Name, First MI) | (SSN) | (Date Enlisted) |
|---|---|---|
| (Last Name, First MI) | (SSN) | (Date Enlisted) |
| (Last Name, First MI) | (SSN) | (Date Enlisted) |
| (Last Name, First MI) | (SSN) | (Date Enlisted) |

2. It is recommended that the subject named individual receive the following award(s):

Poolees **ONLY**                              BL, RA, PTAD, LV/Liberty, Rec Aide

____Jacket ____ Size (1 Referral)     ____ Meritorious Promotion (PFC) or (LCPL)
____ Book Bag (2 Referrals)           ____ Certificate of Commendation
____ Camel Back (3 Referrals)         ____ Meritorious Mass
                                       ____ Letter of Appreciation
                                       ____ Letter (FitRep, Sgt and above)
                                       ____ Letter (Bonus Points, LCpl and Cpl)
                                       ____ Extension of LV/Liberty

3. Program Specialist: _____ Date: _____

Station Commander/Recruiter: _____ Date: _____
                             (Sign Upon Receipt)

                             _____         _____
                             (Station Commander)              (Date of Request)

31

**USA - 248**                                    EXHIBIT 15

Subj: POOL PROGRAM F RECRUITING STATION LOS ANGELES

## STATION COMMANDERS PRE-SHIP SCREENING CHECKLIST

FULL NAME_____     RSS_____.

LAST 4 SSN_____     STATION COMMANDER_____

DEP DATE_____     RECRUITER_____.

    CIRCLE ONE: 96HR 30 DAY PRE SHIP Date of screening_____ What is your ship date_____

| | | |
|---|---|---|
| Is there anything that might prevent you from complying with your contractual obligation? (Pending court, medical, education, dependent?) | Y | N |

If so, what is it? _____

Do you have a traditional high school diploma?      Y      N
If not, what education credential do you have? _____

How many years are you enlisting for? _____     What program have you enlisted for? _____

Have you completed a Job Skill Statement of Understanding?      Y      N

CURRENT HEIGHT: _____     CURRENT WEIGHT: _____

INITIAL STRENGTH TEST: Date: _____     PU/FAH: _____     CRU: _____     Run: _____
                    ***MUST BE WITHIN 30 DAYS OF PADD***

Has all information concerning drug, police, and medical issues been
correctly documented in your package?      Y      N

Do you have any charges pending or unpaid tickets (including parking) ?      Y      N

Since you enlisted, have you been involved with drugs in any way?      Y      N

Have you seen a doctor or dentist for anything since you enlisted?      Y      N
If so, why? _____

Do you have any children?      Y      N      Are they listed in your paperwork at MEPS?      Y      N

Are you married?      Y      N      If so, is that recorded in your paperwork?      Y      N

Has your dependent situation changed in any way(divorce, illegitimate child, etc.) ?      Y      N

Have you provided us with all of your personal documents (diploma, college transcripts, birth certificate, SSN card, etc.)?      Y      N

How many of your referrals have contracted? _____
Who are they? _____

Do you have any tattoos?      Y      N
What and where? _____
Are they documented on a tattoo screening form?      Y      N

Is the Reserve Interview Checklist complete? When?_____      Y      N

By your signature below, you acknowledge the legal, contractual obligation you have made with the Federal Government of the United States. Failure to disclose any of the information requested above is grounds for a fraudulent enlistment and is prosecutable under the Uniform Code of Military Justice. (30 day Screening)

Poolee's signature_____     DATE:_____

    Station Commander:_____     qualified to ship on his/her current PADD?   Y      N

If no, why:_____

Station Commander, by your signature below, all missing documents have been turned in, a Departure Brief / Final Visit has or will be completed prior to the Poolee's Departure, and the Poolee has a Photo I.D. and Social Security Card in his / her possession in order to ship to Recruit Training. If the Poolee is an immigrant alien, they also need their original I-551(green card) that matches the Social Security Card. (3 – 5 Day Screening).

Station Commander Print:     _____

Station Commander signature:_____     DATE:_____

32

**USA - 249**          EXHIBIT 15

Subj:  POOL PROGRAM F    RECRUITING STATION LOS ANGELES

REQUEST FOR POOL MODIFICATION

RSS: _____        DATE: _____

1. Background on POOLEE:                    COMPONENT: _____

    NAME: _____        SSN: _____

                DEP DATE _____                QT: _____

                PADD: _____                   GT: _____

                EDUC: _____                   EL: _____

                RECRUITER: _____          CL: _____

                                                   MM: _____

2.  Action Requested [mark appropriate block(s)]
                a. Change PADD from: _____      to _____

                b. Change prog/Q8N
                   from: _____      to _____

                c. Change Component
                from: _____      to _____

                d. Identify as a discharge on (date): _____      because:

    [reason] _____

                e. Other [explain]: _____

_____

3.  Other/Remarks: [List call required]
_____

                MEPS processed for: _____

    SNCOIC SIGNATURE: _____

4. Action Taken:

| ACTION/NOTES<br>DATE/INITIALS | INITIAL |
|---|---|
| OPS CHIEF | |
| Annotate changes to pool card, pool board, ship/pool board. | |
| OPSO | |
| As required. | |
| OPS CLERK | |
| Make changes in MCRISS | |
| MEPS INCO | |
| Update poolees book & file according to changes. | |
| SNCOIC | |
| Update RSS pool board and pool card. | |

33

**USA - 250**                                    EXHIBIT 15

Subj:  POOL PROGRAM F  RECRUITING STATION LOS ANGELES

# NOTES

USA - 251

EXHIBIT 15