

**UNITED STATES MARINE CORPS**
12th MARINE CORPS DISTRICT
3704 HOCHMUTH AVENUE
SAN DIEGO, CALIFORNIA 92140-5191

DistO
1130.12E
S-3

DISTRICT ORDER 1130.12E

From:   Commanding Officer
To:     Distribution List

Subj:   12TH MARINE CORPS DISTRICT POOL PROGRAM

Ref:    (a) GUIDEBOOK FOR RECRUITERS, VOLUME I
        (b) GUIDEBOOK FOR RS OPERATIONS, VOLUME III
        (c) MCRCO 1133.1

1.  **Purpose.**  To implement a structured pool program that will invigorate the pool, produce contracts, and ultimately reduce pool and MCRD attrition.

2.  **Cancellation.**  DistO 1130.12D.

3.  **Background.**  A dynamic pool program can be a tremendous source for contracts and is a significant factor in helping to ensure that poolees ship to recruit training, graduate, and return motivated in continuing to aid the recruiting effort. Successfully interlocking support from all levels within the District will help produce a relevant pool program. While this order will help to delineate responsibilities within the pool program, orders and guidance cannot alter the impact achieved by weekly contact from the poolee's recruiter.

4.  **Commander's Intent.**  I intend to provide a challenging, safe training environment to prepare our pool for recruit training. Additionally, I expect every member of this command to take an active interest in our pool program and provide assistance, where needed, to the recruiting stations and NCOIC'S. Our goal, as a District, is to lower our DEP attrition by at least three percent each year, ultimately reducing it to 14% or less. Considering the quality of the recruiting force in our district, this goal is easily attainable.

    a.  **Concept.**  The District and the RS Pool Program must have the overriding goal of ensuring a continuous, unbroken "chain of custody" with the entire pool while identifying and tracking the progress of high risk poolees.  The NCOIC is the center of gravity in the execution of the program.

**USA - 252**

EXHIBIT 16

Subj:  12TH MARINE CORPS DISTRICT POOL PROGRAM


District and RS Program Managers are tasked with ensuring that all available assets are efficiently and effectively employed, and fully support the NCOIC.

     b.  At the RS level, this concept specifically requires the Pool Program Manager to be the Commanding Officer's primary staff officer and an active participant, working with the NCOIC's to improve and enhance the operation of the Pool Program.  The Pool Program Manager's duties encompass tracking, comprehensive fact finding, and analysis of the pool program's status, with concurrent instruction and corrective action with the NCOIC'S.

     c.  The District goals for the program are to reduce attrition by at least three percent and promote referral action, consequently providing a quality recruit to MCRD.  Success in these areas will link to other recruiting programs, i.e., command recruiting.

5.  Action.  The following actions will govern the operation of the Pool Program:

     a.  RS Commanding Officer.  The RS C.O. will be guided by reference (b) and this Order.  While the RS Sergeant Major is the Program Manager, and is directly responsible for the pool program, the Commanding Officer must take a close, personal interest in the "health," of the pool.  Further, the Commanding officer will ensure that the RS Pool Order contains guidance that is in compliance with all MCRC, WRR, and District orders and directives.

          (1) Particular care will be taken to ensure that pool functions/activities are properly supervised and safe.  Any overnight activity will have, at a minimum, the NCOIC and a Command Group member present for the duration.

          (2) Female poolees are a matter of special concern.  At no time will only one female participate in overnight activities.

          (3) Alcoholic beverages are never to be present, or consumed at pool functions.

          (4) Reference (b) lists activities, which by their nature, are considered hazardous and specifically prohibited. Commanders will ensure that those listed will not be conducted. Further, any activity not listed, but which carries a similar but perhaps lesser inherent hazard, requires specific approval from the District Commanding Officer or, in his absence, the Executive officer, or the Operations Officer.  Commanders will forward, in letter format, such requests, outlining the specific events and

2

**USA - 253**

EXHIBIT 16

Subj:  12TH MARINE CORPS DISTRICT POOL PROGRAM

planned precautions, as well as which command group member will
be present to supervise the safety of the poolees. If there is
any doubt or question as to whether or not an event is hazardous,
Commanding Officers should forward the request, and far enough in
advance to plan another event should the request be denied.

b.  District Pool Program Manager.  The District Pool
Program will be managed by the District Sergeant Major.  The
Sergeant Major will provide support, training, and analysis, to
attain the District Commander's goals to reduce DEP and MCRD
attrition.  He will also ensure that there is a system of checks
and balances, which ensure compliance with all Marine Corps
standards.

c.  Recruiting Station Pool Program Manager.  The Recruiting
Station Sergeant Major will be the Pool Manager.  As such, he is
accountable to the Commanding Officer for the success of the
program.  He will prepare and publish the RS Pool Order, which
addresses the responsibilities of the Pool Program Manager,
Program Specialist, recruiting substation NCOIC'S, recruiters,
and poolees.  This order will be constructed within the framework
of the references and the District Pool Order.

(1) Ensure early identification of high risk poolees
(education concerns, weight, pool meeting attendance, weak IST,
family issues, etc.) in order to ensure, that each poolee ships
and graduates from recruit training.

(2) Ensure that poolee awards are distributed to RSS's
and awarded to poolees in a timely manner.

(3) Coordinate with other RS command group members to
ensure that all visits to RSS's include viewing pool cards and
meeting with poolees.  Verification should be obtained that all
poolees are being contacted at least once a week.  Written
reports should be provided to the SgtMaj and briefed to the CO.

(4) Ensure that NCOIC's are annotating program action
dates on all pool cards in accordance with reference (a).  It is
important to check, and note, whether or not the activities
specified on the pool card are being executed.

(5) Establish a system that ensures that all female
poolees to speak to, and preferably meet with, a female Marine.
An attempt should be made to periodically hold a female pool
function.

(6) Ensure steps are being taken to increase the level of
parental involvement in the pool.  In addition to the once a year
family night, parents should be invited to view training at pool

3

EXHIBIT 16

Subj:  12TH MARINE CORPS DISTRICT POOL PROGRAM

functions.  These invitations should be part of the "Welcome Aboard" package.

(7) Recommend a training plan for recruiters, NCOICs, and MEPS Liaisons, which increases proficiency of pre-dep, in-dep, and pre-ship screening of applicants/poolees.

(8) Ensure that each month a "Moment of Truth" for the following month's shippers is conducted by NCOIC'S.

d.  Recruiting Station Program Specialist.  The Recruiting Station Commanding Officer will assign a recruiter to the billet of Program Specialist.  He reports to the SgtMaj.  That Marine is not required to be an 8412, but should have demonstrated success as a recruiter or NCOIC.  The Marine holding this billet will provide a vital and constant link between the NCOIC and the various RS Pool Program support mechanisms.  If at all possible, the specialist should not be encumbered with additional duties which might interfere with his primary duties.  The specialist should not be limited to "clerk" duties for the Sergeant Major, but should be active "in the field" at pool functions and when conducting poolee visits.  Duties include:

(1) Tracking high risk poolees to identify contracting and follow-up trends within the RSS/RS.

(2) Tracking the completion of "pre-ship" checklists on all poolees.

(3) Evaluating other trends within the RSS/RS pool, i.e. pool function attendance, pool moves, and discharges.

(4) Tracking and providing RSS support for poolee awards.

(5) Coordinating support of RSS pool functions and provide RSS's with a sample pool year-in-sight which includes all known and previously scheduled RS events (Educators Workshop).

(6) The establishment, distribution, and promotion of a poolee newsletter.  The newsletter should focus on promoting a competitive referral program between RSS'S, presenting information from the Sergeant Major to the poolees, and educating poolees on recruit training issues.  A RSS level newsletter, while not required, is a means of maintaining close communication with the entire pool and family members.  If established, the specialist should ensure that the information is accurate prior to distribution.

4

**USA - 255**

EXHIBIT 16

Subj:  12TH MARINE CORPS DISTRICT POOL PROGRAM

        (7) Monitoring poolees mid-year school grades and progress towards graduation.  This information is provided by the NCOIC'S.

        (8) Provide administrative support necessary for an active command recruiting program, by a smooth passing of control of the poolee upon graduation from recruit training, to the command recruiting program. The goal is to create a cooperative approach to the continuation of the enlistment referral process.

        e.  Recruiting Substation NCOIC.  The RSS NCOIC is responsible for shipping his/her pool.  To that end, certain tasks must be accomplished to ensure that a motivated poolee departs for recruit training.  An NCOIC will ensure that, at a minimum, the following is accomplished for each member of the pool:

        (1) Weekly contact with each poolee (can be telephonic). RSS's in large rural areas should attempt to contact poolees twice a week.

        (2) Monthly face-to-face contact with each poolee.

        (3) The pool card is a tracking device that outlines the minimum program actions for each poolee.  Ensure that the required action dates for regular contact with the poolee are annotated and completed.

        (4) Prepare an annual Pool Event Plan and incorporate it into the RSS Year-in-Sight.  Too often, the-lack of planning results in "staging" a canned event such as an IST or a basketball game.

        (5) Conduct a monthly pool function, designed to promote referral action, maintain motivation, heighten Marine Corps subject matter knowledge, and increase physical fitness.  The pool events should challenge all poolees.  Creative or innovative meetings sustain poolee interest.  A report of attendance, in the form of a roster, will be forwarded to the RS Sergeant Major highlighting any poolee who has missed two or more meetings, or whom screening has shown may be a high risk poolee.

        (6) Involve parents in the pool program by conducting at least one family night per year and routinely inviting parents to view training at poolee events.

        (7) Conduct periodic, and at least quarterly, an education status review of each high school senior, tracking grades and progress toward minimum graduation requirements.  This is easily accomplished by seeing the report cards, and/or

5

**USA - 256**

EXHIBIT 16

Subj:  12TH MARINE CORPS DISTRICT POOL PROGRAM

checking with counselors while visiting schools.  This
information is to be passed to the Program Specialist.

        (8) Develop individualized programs for high risk poolees
that include a weekly debrief with recruiters and the poolees
identified as high risk.  Strong consideration should be given to
teaming poolees into the "Buddy Program" prior to shipping to
MCRB.  "Buddies" are more likely to ship, and to complete recruit
training.

6.  Recruiting Stations should consider other options to assist
in developing a stronger program. Other ideas include building
cohesion through the use of the "Buddy Program" as mentioned
above, tailoring physical training and essential subjects to the
needs of the RSS pool (based on the amount of time a poolee will
be in the pool), and conducting interviews with MCRD discharges
after they return home in order to determine what could have been
improved in the pool program that might have increased his/her
chances of graduating.

7.  Summary.  This order provides only the minimum pool program
criteria.  It does not preclude "individualized" pool program
which may be influenced by geography.  The focus of the program
is to continue to inspire the young men and women we enlist.  A
dynamic pool program that holds both Marines and "soon to be"
Marines accountable will promote referrals and reduce attrition.

8.  Recommendations.  Recommendations for improvements and/or
modifications to this Order should be submitted to the District
Pool Program Manager.



                              J. LANCE

DISTRIBUTION:  A, B

6

USA - 257

EXHIBIT 16