ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIM L. LASKE (Cal. Bar No. 223395)
Assistant United States Attorney
MARSHA M. YASUDA (Cal. Bar No. 238509)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-0805/6702
        Facsimile: (213) 894-7819
        Email: tim.laske@usdoj.gov, marsha.yasuda@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FAITH VICTORIA JAMES, et al., | Case No. CV 12-1467 GAF (FFMx) |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | Honorable Gary A. Feess |

**JUDGMENT GRANTING DEFENDANT UNITED STATES OF
AMERICA'S MOTION FOR SUMMARY JUDGMENT**

In accordance with the Court's July 24, 2013 Order (ECF No. 55), defendant United States of America's ("Defendant") motion for summary judgment was granted as to all the claims asserted by plaintiffs Faith Victoria James and Paul Frank Gomez, both individually and as successors in interest to the Estate of Paul F. James Gomez ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendant and against Plaintiffs, who shall take nothing by this case.  Defendant is entitled to recover its costs of suit from Plaintiffs.

Dated: August 2, 2013

_____
HON. GARY A. FEESS
United States District Judge

**JS-6**